UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 JAN -4 PM 12: 09

CLERK

BY_____
DEPUTY CLERK

LOUISIANA MUNICIPAL POLICE
EMPLOYEES' RETIREMENT SYSTEM,

        Plaintiff,

v.

GREEN MOUNTAIN COFFEE ROASTERS, INC.,
ROBERT P. STILLER, LAWRENCE J. BLANFORD,
FRANCES G. RATHKE, BARBARA D. CARLINI,
WILLIAM D. DAVIS, JULES A. DEL VECCHIO,
MICHAEL J. MARDY, HINDA MILLER, DAVID E.
MORAN, MERRILL LYNCH, PIERCE, FENNER &
SMITH INC., SUNTRUST ROBINSON
HUMPHREY, INC., WILLIAM BLAIR &
COMPANY, L.L.C., CANACCORD GENUITY INC.,
JANNEY MONTGOMERY SCOTT LLC, PIPER
JAFFRAY & CO., RBC CAPITAL MARKETS, LLC,
WELLS FARGO SECURITIES, LLC, RABO
SECURITIES USA, INC., AND SANTANDER
INVESTMENT SECURITIES INC.,

        Defendants.

Docket No. 2:11-cv-289

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

    I, Michael D. Blatchley, hereby declare:

    1.    I am an attorney at the law firm of Bernstein Litowitz Berger & Grossmann LLP, located at 1285 Avenue of the Americas, Floor 38, New York, New York, 10019. My telephone number is 212-554-1400.

    2.    I have been admitted to practice before the following courts, and have been assigned the following bar identification numbers:

## Federal Courts

| | |
|---|---|
| United States District Court for the District of New Jersey | MB 7279 |
| United States District Court for the Southern District of New York | MB 7279 |

## State Courts

| | |
|---|---|
| State of New Jersey | 040722007 |
| State of New York | 474-7424 |

3. I am in good standing and eligible to practice in each of the above-referenced courts.

4. I am not currently suspended or disbarred in any jurisdiction.

5. I am not currently the subject of any pending disciplinary matters, nor have I ever been the subject of any disciplinary matter.

6. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedures, the Local Rules of the United States District Court for the District of Vermont, and the Vermont Rules of Professional Conduct.

7. Attached as Exhibit A is a true and correct copy of a certificate of my good standing to practice law in New York issued by the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department.

7. Robin Freeman, of Lynn, Lynn & Blackman, is designated as my agent for service of process and the District of Vermont as the forum for the resolution of any dispute arising out of my admission.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2012

_____
Michael D. Blatchley

STATE OF NEW YORK
COUNTY OF __Queens__, SS

Sworn to and subscribed before me this 3rd day of January, 2012.

_____
Notary Public
My Commission Expires: 2014

ADAM J. WEINSCHEL
Notary Public, State of New York
No. 01WE6045618
Qualified in Queens County
Commision Expires July 31, 2014