# EXHIBIT A



**SOURCE: Bernstein Litowitz Berger & Grossmann LLP**

November 29, 2011 18:07 ET

## Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of a Class Action Suit Against Green Mountain Coffee Roasters, Inc.

NEW YORK, NY--(Marketwire - Nov 29, 2011) - Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") today announced that it filed a class action lawsuit in the United States District Court for the District of Vermont (the "Court") on behalf of purchasers of the publicly traded common stock of Green Mountain Coffee Roasters, Inc. ("GMCR" or the "Company") (NASDAQ: GMCR) between February 2, 2011 and November 9, 2011, inclusive (the "Class Period"), and investors who purchased or otherwise acquired GMCR's common stock pursuant and/or traceable to a registered public offering conducted on or about May 5, 2011 (the "2011 Offering"). The case is captioned *Louisiana Municipal Police Employees' Retirement System v. Green Mountain Coffee Roasters, Inc.*, No. 2:11-cv-289 (D. Vt.) (the "Action").

The Action asserts claims against GMCR, certain of its executives and directors, and the underwriters of the 2011 Offering, arising under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act").

GMCR is a Vermont-based leader in the specialty coffee and coffee maker businesses. The Company has achieved significant growth in recent years, driven by sales from its popular Keurig single-cup brewing system, which uses "K-Cup" portion packs to brew single servings of coffee and other beverages. Throughout the Class Period, GMCR was portrayed to the investing public as a healthy and growing business, with rapidly increasing revenues and K-Cup sales. This portrayal of the Company was false.

The Action alleges that, during the Class Period, certain of the defendants systematically manipulated and strategically managed the Company's revenues. To do so, these defendants used GMCR's key fulfillment vendor, M.Block & Sons ("MBlock"), as a captive warehouse to harbor excessively manufactured, expired, or otherwise unsold product. The fraudulent scheme at GMCR involved materially overstating the Company's revenues based on falsified sales orders -- including through sham inventory shipments -- for hundreds of millions of dollars in K-Cup and Keurig brewer products. GMCR booked "revenues" associated with these false sales orders and shipments as though they were real. These acts caused a ripple effect throughout the Company's financial statements, resulting in the material overstatement of multiple metrics on which investors and analysts relied, including the Company's profits, and inventory and product demand levels. Throughout the Class Period, GMCR also fraudulently overstated the Company's assets in proportion to its fictitious revenues by carrying the proceeds of dummy sales as assets on the Company's balance sheet.

On October 17, 2011, David Einhorn, a prominent activist investor, issued a comprehensive report, including witness testimonials by former GMCR and MBlock employees, disclosing GMCR's misconduct and questionable relationship with MBlock. As a result of revelations in Einhorn's presentation leaking into the market, the price of GMCR's shares fell approximately 10%, from a closing price of $92.09 on (Friday) October 14 to a close of $82.50 on October 17, on unusually heavy trading volume. On October 19, 2011, when Einhorn's presentation was more widely distributed, the price of GMCR common stock declined another 15%, from a closing price of $82.11 on October 18 to a closing price of $69.80 on October 19, on unusually heavy trading volume. Then, on November 9, 2011, GMCR shocked investors when it announced disappointing earnings results and skyrocketing inventory. On this news, GMCR's shares plummeted 40%, from a close of $67.02 on November 9 to a close of $40.89 on November 10, on extremely heavy trading volume.

If you wish to serve as lead plaintiff for the Class, you must file a motion with the Court no later than 60 days from today. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed class.

The Louisiana Municipal Police Employees' Retirement System is represented by BLB&G, a firm of

over 50 attorneys with offices in New York, California, and Louisiana. If you wish to discuss this Action or have any questions concerning this notice or your rights or interests, please contact Avi Josefson of BLB&G at 212-554-1493, or via e-mail at avi@blbglaw.com.

Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity. Specializing in securities fraud, corporate governance, shareholders' rights, employment discrimination and civil rights litigation, among other practice areas, BLB&G prosecutes class and private actions on behalf of institutional and individual clients worldwide. Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering billions of dollars on behalf of defrauded investors. More information about BLB&G can be found online at www.blbglaw.com.

## Contact Information

CONTACT:
Avi Josefson
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of Americas, 38th Floor
(212) 554-1493



| | | |
|---|---|---|
| About Marketwire | US: 1.800.774.9473 | |
| Site Map | Canada: 1.888.299.0338 | |
| Privacy | UK: +44.20.7220.4500 | |

Follow Marketwire

    

© 2012 Marketwire, Incorporated. All rights reserved.