**EXHIBIT B**

**City of Omaha Police and Fireman's Retirement System**
**Transactions and LIFO Losses -**   **Green Mountain Coffee**

**CLASS PERIOD:**   2/2/2011          Through          11/9/2011

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Shares Sold/Held* | Share Price | Retained Value | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| City of Omaha Police and Fireman's Retirement System | 11/04/2011 | 580 | $70.38 | $40,818.54 | Held* | $49.19 | $28,530.20 | ($12,288.34) |
| | 11/04/2011 | 2,490 | $70.40 | $175,306.71 | Held* | $49.19 | $122,483.10 | ($52,823.61) |
| | 10/27/2011 | 1,370 | $64.16 | $87,896.46 | Held* | $49.19 | $67,390.30 | ($20,506.16) |
| | 10/27/2011 | 6,060 | $64.80 | $392,664.37 | Held* | $49.19 | $298,091.40 | ($94,572.97) |
| | 10/03/2011 | 1,150 | $87.62 | $100,767.49 | Held* | $49.19 | $56,568.50 | ($44,198.99) |
| | 08/23/2011 | 150 | $88.56 | $13,283.79 | Held* | $49.19 | $7,378.50 | ($5,905.29) |
| | 08/22/2011 | 545 | $87.07 | $47,453.04 | Held* | $49.19 | $26,808.55 | ($20,644.49) |
| | 08/19/2011 | 695 | $88.44 | $61,467.05 | Held* | $49.19 | $34,187.05 | ($27,280.00) |
| | 08/04/2011 | 4,870 | $105.47 | $513,631.11 | Held* | $49.19 | $239,555.30 | ($274,075.81) |
| | 08/03/2011 | 2,838 | $108.59 | $308,188.64 | Held* | $49.19 | $139,601.22 | ($168,587.42) |
| | 08/03/2011 | 1,225 | $108.48 | $132,888.49 | Held* | $49.19 | $60,257.75 | ($72,630.74) |
| | 08/02/2011 | 992 | $106.57 | $105,717.44 | Held* | $49.19 | $48,796.48 | ($56,920.96) |
| | 08/02/2011 | 823 | $106.40 | $87,565.22 | Held* | $49.19 | $40,483.37 | ($47,081.85) |
| | 08/01/2011 | 107 | $103.41 | $11,064.80 | Held* | $49.19 | $5,263.33 | ($5,801.47) |
| | 08/01/2011 | 205 | $103.20 | $21,156.78 | Held* | $49.19 | $10,083.95 | ($11,072.83) |
| | 08/01/2011 | 20 | $103.66 | $2,073.22 | Held* | $49.19 | $983.80 | ($1,089.42) |
| | 08/01/2011 | 220 | $104.20 | $22,924.79 | Held* | $49.19 | $10,821.80 | ($12,102.99) |
| | 08/01/2011 | 3,300 | $105.11 | $346,864.65 | Held* | $49.19 | $162,327.00 | ($184,537.65) |
| | | | | | | | | |
| **TOTALS:** | | **27,640 Shares Purchased** | | **$2,471,732.58 Total Cost** | **27,640 Shares Retained** | | **$1,359,611.60 Retained Value** | **($1,112,120.98)** |

* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e).  Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period.  That price here is $49.19 per share calculated as of the close of trading on January 27, 2012, which is less than 90 days after the class period end date.   For shares acquired during the Class Period and sold during the 90 days after the end of the Class Period, potentially recoverable losses are calculated by reference to the greater of either (i) the actual sales price at which these shares were sold, or (ii) the average price of the security in the days between the Class Period end date and the date of the sale.

**IBEW Local No. 8 Retirement Plan and Trust**

**Transactions and LIFO Losses -**    **Green Mountain Coffee**

**CLASS PERIOD:**    2/2/2011    Through    11/9/2011

| Movant's Name | Acquisition Date | Shares Purchased | Share Price | Total Cost | Shares Sold/Held* | Share Price | Retained Value | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| IBEW Local No. 8 Retirement Plan and Trust | 11/04/2011 | 350 | $70.38 | $24,633.00 | Held* | $49.19 | $17,216.50 | ($7,416.50) |
| | 11/04/2011 | 1,500 | $70.40 | $105,600.00 | Held* | $49.19 | $73,785.00 | ($31,815.00) |
| | 10/27/2011 | 3,662 | $64.80 | $237,297.60 | Held* | $49.19 | $180,133.78 | ($57,163.82) |
| | 10/27/2011 | 828 | $64.16 | $53,124.48 | Held* | $49.19 | $40,729.32 | ($12,395.16) |
| | 10/03/2011 | 239 | $88.24 | $21,089.36 | Held* | $49.19 | $11,756.41 | ($9,332.95) |
| | 10/03/2011 | 449 | $87.62 | $39,341.38 | Held* | $49.19 | $22,086.31 | ($17,255.07) |
| | 10/03/2011 | 1 | $88.22 | $88.22 | Held* | $49.19 | $49.19 | ($39.03) |
| | 10/03/2011 | 11 | $88.22 | $970.42 | Held* | $49.19 | $541.09 | ($429.33) |
| | 08/23/2011 | 98 | $88.56 | $8,678.88 | Held* | $49.19 | $4,820.62 | ($3,858.26) |
| | 08/22/2011 | 357 | $87.07 | $31,083.99 | Held* | $49.19 | $17,560.83 | ($13,523.16) |
| | 08/19/2011 | 455 | $88.44 | $40,240.20 | Held* | $49.19 | $22,381.45 | ($17,858.75) |
| | 08/04/2011 | 2,840 | $105.47 | $299,534.80 | Held* | $49.19 | $139,699.60 | ($159,835.20) |
| | 08/03/2011 | 714 | $108.48 | $77,454.72 | Held* | $49.19 | $35,121.66 | ($42,333.06) |
| | 08/03/2011 | 1,655 | $108.59 | $179,716.45 | Held* | $49.19 | $81,409.45 | ($98,307.00) |
| | 08/02/2011 | 579 | $106.57 | $61,704.03 | Held* | $49.19 | $28,481.01 | ($33,223.02) |
| | 08/02/2011 | 480 | $106.40 | $51,072.00 | Held* | $49.19 | $23,611.20 | ($27,460.80) |
| | 08/01/2011 | 141 | $104.20 | $14,692.20 | Held* | $49.19 | $6,935.79 | ($7,756.41) |
| | 08/01/2011 | 13 | $103.66 | $1,347.58 | Held* | $49.19 | $639.47 | ($708.11) |
| | 08/01/2011 | 69 | $103.41 | $7,135.29 | Held* | $49.19 | $3,394.11 | ($3,741.18) |
| | 08/01/2011 | 132 | $103.20 | $13,622.40 | Held* | $49.19 | $6,493.08 | ($7,129.32) |
| | 08/01/2011 | 2,127 | $105.11 | $223,568.97 | Held* | $49.19 | $104,627.13 | ($118,941.84) |
| | | | | | | | | |
| TOTALS: | | 16,700 Shares Purchased | | $1,491,995.97 Total Cost | 16,700 Shares Retained | | $821,473 Retained Value | ($670,522.97) |

* Calculation of potentially recoverable losses under the PSLRA are determined by reference to the 15 U.S.C. § 78u-4(e). Thus, for shares acquired during the Class Period and not sold within 90 calendar days after the end thereof, potentially recoverable losses are calculated based on the average price of the security in the 90 days after the end of the Class Period. That price here is $49.19 per share calculated as of the close of trading on January 27, 2012, which is less than 90 days after the class period end date. For shares acquired during the Class Period and sold during the 90 days after the end of the Class Period, potentially recoverable losses are calculated by reference to the greater of either (i) the actual sales price at which these shares were sold, or (ii) the average price of the security in the days between the Class Period end date and the date of the sale.