# EXHIBIT C

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, James Sklenar, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I am the Chairman of the City of Omaha Police and Fire Retirement System (the "Police and Fire Fund").

2.      I have reviewed the Complaint in this matter and authorize Scott+Scott LLP to file a complaint and to file lead plaintiff papers in this matter.

3.      The Police and Fire Fund is willing to serve as a representative party on behalf of the purchasers of Green Mountain Coffee Roasters, Inc. securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4.      During the Class Period, the Police and Fire Fund purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5.      The Police and Fire Fund did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6.      During the three-year period preceding the date of my signing this Certification, the Police and Fire Fund sought to serve, or served as a representative party or lead plaintiff on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act:

*Amit Frias. v. Dendreon Corporation, et al.*, No. 2:11-cv-01291-JLR (W.D. Wash.) (Moved for Lead Plaintiff and was not appointed.)

*City of Omaha Police and Fire Retirement System v. The Timberland Company, et al.*, No. 1:11-cv-00277-SM (D.N.H.) (Moved for Lead Plaintiff and was appointed.)

*City of Royal Oak Retirement System v. Juniper Networks, Inc., et al.*, No. 5:11-cv-04003-LHK (N.D. Cal.) (Moved for Lead Plaintiff and was appointed.)

7.      The Police and Fire Fund will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.   Executed at

_Omaha, NE_____ . (City, State)

CITY OF OMAHA POLICE AND
FIRE RETIREMENT SYSTEM

1/26/12
Date

James Sklenar, Chairman

2

## SCHEDULE A

### OMAHA, CITY OF, POLICE AND FIREMAN'S RETIREMENT SYSTEM

Class Period Transactions in GREEN MOUNTAIN COFFEE ROASTERS, INC.

(Class Period: 02/02/2011 Through 11/09/2011)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 8/1/2011 | Buy | 20 | $103.66 |
| 8/1/2011 | Buy | 220 | $104.20 |
| 8/1/2011 | Buy | 205 | $103.20 |
| 8/1/2011 | Buy | 3,300 | $105.11 |
| 8/1/2011 | Buy | 107 | $103.41 |
| 8/2/2011 | Buy | 823 | $106.40 |
| 8/2/2011 | Buy | 992 | $106.57 |
| 8/3/2011 | Buy | 1,225 | $108.48 |
| 8/3/2011 | Buy | 2,838 | $108.59 |
| 8/4/2011 | Buy | 4,870 | $105.47 |
| 8/19/2011 | Buy | 695 | $88.44 |
| 8/22/2011 | Buy | 545 | $87.07 |
| 8/23/2011 | Buy | 150 | $88.56 |
| 10/3/2011 | Buy | 1,150 | $87.62 |
| 10/27/2011 | Buy | 1,370 | $64.16 |
| 10/27/2011 | Buy | 6,060 | $64.80 |
| 11/4/2011 | Buy | 580 | $70.38 |
| 11/4/2011 | Buy | 2,490 | $70.40 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Todd Michaelsen, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I am the Chairman of the Local No. 8 IBEW Retirement Plan and Trust ("IBEW Local 8").

2.      I have reviewed the Complaint in this matter and authorize Scott+Scott LLP to file a complaint and to file lead plaintiff papers in this matter.

3.      IBEW Local 8 is willing to serve as a representative party on behalf of the purchasers of Green Mountain Coffee Roasters, Inc. securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4.      During the Class Period, IBEW Local 8 purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5.      IBEW Local 8 did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6.      During the three-year period preceding the date of my signing this Certification, IBEW Local 8 has not served or sought to serve as a representative party or lead plaintiff on behalf of a class in a private arising under the Securities Act or the Exchange Act.

7.      IBEW Local 8 will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.    Executed at

_Toledo, Ohio_____. (City, State)

LOCAL NO. 8 IBEW RETIREMENT
PLAN AND TRUST

_1/26/2012_
Date

Todd Michaelsen, Chairman

1

## IBEW LOCAL NO. 8 RETIREMENT PLAN AND TRUST

Class Period Transactions in GREEN MOUNTAIN COFFEE ROASTERS, INC.

(Class Period: 02/02/2011 Through 11/09/2011)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 08/01/2011 | Buy | 141 | $104.20 |
| 08/01/2011 | Buy | 13 | $103.66 |
| 08/01/2011 | Buy | 69 | $103.41 |
| 08/01/2011 | Buy | 132 | $103.20 |
| 08/01/2011 | Buy | 2,127 | $105.11 |
| 08/02/2011 | Buy | 579 | $106.57 |
| 08/02/2011 | Buy | 480 | $106.40 |
| 08/03/2011 | Buy | 714 | $108.48 |
| 08/03/2011 | Buy | 1,655 | $108.59 |
| 08/04/2011 | Buy | 2,840 | $105.47 |
| 08/19/2011 | Buy | 455 | $88.44 |
| 08/22/2011 | Buy | 357 | $87.07 |
| 08/23/2011 | Buy | 98 | $88.56 |
| 10/03/2011 | Buy | 239 | $88.24 |
| 10/03/2011 | Buy | 449 | $87.62 |
| 10/03/2011 | Buy | 1 | $88.22 |
| 10/03/2011 | Buy | 11 | $88.22 |
| 10/27/2011 | Buy | 3,662 | $64.80 |
| 10/27/2011 | Buy | 828 | $64.16 |
| 11/04/2011 | Buy | 350 | $70.38 |
| 11/04/2011 | Buy | 1,500 | $70.40 |