**EXHIBIT D**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

LOUISIANA MUNICIPAL POLICE                    :
EMPLOYEES' RETIREMENT SYSTEM,                 :    No. 2:11-cv-00289-WKS
on behalf of itself and all others similarly  :
situated,                                     :
                                              :
                    Plaintiffs,               :
                                              :
          v.                                  :
                                              :
GREEN MOUNTAIN COFFEE                          :
ROASTERS, INC., ROBERT P. STILLER,            :
LAWRENCE 1. BLANFORD, FRANCES                 :
G. RATHKE, BARBARA D. CARLINI ,               :
WILLIAM D. DAVIS, JULES A. DEL                :
VECCHIO, MICHAEL J. MARDY, HINDA              :
MILLER, DAVID MORAN, MERRILL                  :
LYNCH, PIERCE, FENNER &                       :
SMITH INC., SUNTRUST ROBINSON                 :
HUMPHREY, INC., WILLIAM BLAIR &               :
COMPANY, L.L.C., CANACCORD                    :
GENUITY INC., JANNEY                          :
MONTGOMERY SCOTT LLC, PIPER                   :
JAFFRAY & CO., RBC CAPITAL                    :
MARKETS, LLC, WELLS FARGO                     :
SECURITIES, LLC, RABO SECURITIES              :
USA, INC., AND SANTANDER                      :
INVESTMENT SECURITIES INC.,                   :
                                              :
                    Defendants.               :
                                              :
                                              :

**JOINT DECLARATION OF THE MIDWEST RETIREMENT FUNDS IN SUPPORT OF
THEIR JOINT MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

1.      The undersigned, on behalf of putative Class member lead plaintiff movants City of Omaha Police and Fire Retirement System and Local No. 8 IBEW Retirement Plan and Trust, respectively, make this joint declaration in support of their motion for appointment as lead plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Motion"). The undersigned have personal knowledge of the facts set forth herein and, if called as witnesses, could and would testify competently thereto.

2.      I, James Sklenar, Chairman of the Omaha Police and Fire Retirement System (the "Police and Fire Fund"), am authorized to make this declaration on behalf of the Police and Fire Fund.   I graduated from Northwest Missouri State University and hold degrees in both accounting and finance. I worked as a Certified Public Accountant for 5 years prior to joining the Omaha Police Department almost 20 years ago. Currently, I am a lieutenant with supervisory duties over the Narcotics Unit. I have served as a trustee on the board of the Police and Fire Fund for the past 11 years, and have been the Chairman for the past 8 years. Among other duties, I serve on both the investment and actuarial committees. The Police and Fire Fund is a sophisticated institutional investor with experience serving as Lead Plaintiff in litigation alleging violations of the federal securities laws, having previously served as co-lead plaintiff in *City of Omaha, Nebraska Civilian Employees' Retirement System, et al. v. CBS Corporation et al.*, 1:08-cv-10816-PKC (S.D.N.Y.). As detailed in the Police and Fire Fund's filings, the fund suffered substantial losses from its Class Period purchases of 27,640 shares of securities issued by Green Mountain Coffee Roasters, Inc.

3.      I, Todd Michaelsen, Chairman of the Local No. 8 IBEW Retirement Plan and Trust ("IBEW Local 8"), am authorized to make this declaration on behalf of the IBEW Local 8. I graduated from the University of Wisconsin in Marinette, Wisconsin with an Associate of Science degree and from Ferris State College in Big Rapids, Michigan with a Bachelor's of Science degree in Business Management. From June of 1986 to May of 1995, I was employed as the Assistant Chapter Manager for the Minneapolis Chapter of the National Electrical

1

Contractors Association ("NECA"). Since May of 1995, I have served as the Chapter Manager for the Ohio/Michigan Chapter of the NECA and have also been appointed a Trustee of the Board of Trustees for both the Toledo Electrical Welfare Fund ("Health and Welfare Fund") and the IBEW Local 8 Fund. Currently, I serve as Secretary of the Board of Trustees for the Health and Welfare Fund and Chairman of the Board for the IBEW Local 8 Fund. The IBEW Local 8 Fund is a professionally managed sophisticated institutional investor that manages over $280 million in assets on behalf of Plan Participants. As detailed in the IBEW Local 8's filings, the plan suffered substantial losses from its Class Period purchases of 16,700 shares of securities issued by Green Mountain Coffee Roasters, Inc.

4.     On behalf of the Omaha Police and Fire Fund and IBEW Local 8 Fund (collectively, the "Midwest Retirement Funds"), we confirm our individual and collective commitment to serving as a lead plaintiff in this litigation. Each understands and appreciates the fiduciary obligations attendant to being appointed lead plaintiff. We understand that each of us, possessing substantial Class Period losses, could have chosen to separately move for appointment as lead plaintiff. However, based on our desire to gain the benefits of joint decision-making and to share litigation risks, we affirmatively decided that it would be a benefit to ourselves and the class we seek to represent if we, together, sought appointment as lead plaintiff. Our decision to work together also furthers the purpose for the enactment of the PSLRA – to encourage institutional investors to serve as lead plaintiffs in securities litigation.

5.     The Midwest Retirement Funds will endeavor to provide fair and adequate representation and to work together with lead counsel to obtain the largest recovery for the putative class consistent with good faith and sound judgment.

6.     In connection with the joint prosecution of the litigation, the Police and Fire Fund and IBEW Local 8 Fund each agrees upon the following protocol for managing the litigation:

a.     Each accepts their responsibilities as lead plaintiff and each is committed to serve as such in order to maximize any recovery for the Class.

2

b.       To effectively, efficiently and economically oversee this litigation, the Midwest Retirement Funds will continue to regularly communicate with lead counsel regarding the litigation as needed to keep informed of the progress of the litigation and to make decisions concerning the management of the litigation. In that regard, the Midwest Retirement Funds agrees to have a minimum of quarterly telephonic conferences with each other and lead counsel. The Midwest Retirement Funds also agrees that lead counsel or any of its members may convene a meeting on 24-hours notice, as necessary, by contacting Scott+Scott LLP, who will promptly facilitate a conference call.

c.       The Midwest Retirement Funds agrees that all decisions will be by consensus. Given our obligations to the Class and shared common interest in maximizing recovery for all investors, we fully expect to reach unanimous decisions on issues arising in this litigation. In the unlikely event that the Police and Fire Fund and IBEW Local 8 Fund are unable to reach a consensus on a given decision, we and lead counsel will present in person (or telephonically to facilitate speedy and efficient resolution) our respective positions to a retired federal judge and/or experienced mediator, who will render a binding decision.

d.       The Midwest Retirement Funds has directed lead counsel to advise it promptly of all major litigation events, including significant briefing, hearings and strategic decisions, and to facilitate participation in such matters. The Retirement Funds further requires that copies of all pleadings such as plaintiffs' consolidated complaint, plaintiffs' opposition to any motions to dismiss, plaintiffs' briefs regarding class certification and other briefs on dispositive matters, be provided to each member in a timely fashion.

e.       The Midwest Retirement Funds requires that lead counsel convey to us any settlement overtures made by defendants and that, consistent with the best interests of the Class, the action not be settled without the Midwest Retirement Funds' consultation.

f.       Consistent with §21D(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. §78u-4(a)(4)), each of the Midwest Retirement Funds' respective "share[s] of any final

3

judgment or of any settlement that is awarded... shall be equal, on a per share basis, to the portion of the final judgment or settlement awarded to all other members of the class." It is the Midwest Retirement Funds' understanding that there is no "bonus" or "incentive fee" for serving as lead plaintiff. *See* 15 U.S.C. §78u-4(a)(4). The Police and Fire Fund and IBEW Local 8 Fund seek nothing individually or as a group in addition to that which is expressly consistent with §21D(a)(4).

7.      After careful consideration, we selected and retained the law firm of Scott+Scott LLP to serve as our counsel in this matter should the Midwest Retirement Funds be appointed as lead plaintiff. We are confident that Scott+Scott LLP will provide zealous representation for the Class.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of January, 2012 at Omaha, Nebraska.

_____
James Sklenar, Chairman

*On behalf of the City of Omaha Police and Fire Retirement System*

Executed this _26_ day of January, 2012 at Toledo, Ohio.

_____
Todd Michaelsen, Chairman

*On behalf of Local No. 8 IBEW Retirement Plan and Trust*

4

judgment or of any settlement that is awarded... shall be equal, on a per share basis, to the portion of the final judgment or settlement awarded to all other members of the class." It is the Midwest Retirement Funds' understanding that there is no "bonus" or "incentive fee" for serving as lead plaintiff. *See* 15 U.S.C. §78u-4(a)(4). The Police and Fire Fund and IBEW Local 8 Fund seek nothing individually or as a group in addition to that which is expressly consistent with §21D(a)(4).

7.     After careful consideration, we selected and retained the law firm of Scott+Scott LLP to serve as our counsel in this matter should the Midwest Retirement Funds be appointed as lead plaintiff. We are confident that Scott+Scott LLP will provide zealous representation for the Class.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **26** day of January, 2012 at Omaha, Nebraska.

James Sklenar, Chairman

*On behalf of the City of Omaha Police and Fire Retirement System*

Executed this _____ day of January, 2012 at Toledo, Ohio.

Todd Michaelsen, Chairman

*On behalf of Local No. 8 IBEW Retirement Plan and Trust*

4