UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, On Behalf Of Itself And All Others Similarly Situated,<br><br>                              Plaintiff,<br>         v.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., ROBERT P. STILLER, LAWRENCE J. BLANFORD, FRANCES G. RATHKE, BARBARA D. CARLINI, WILLIAM D. DAVIS, JULES A. DEL VECCHIO, MICHAEL J. MARDY, HINDA MILLER, DAVID MORAN, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., SUNTRUST ROBINSON HUMPHREY, INC., WILLIAM BLAIR & COMPANY, L.L.C., CANACCORD GENUITY INC., JANNEY MONTGOMERY SCOTT LLC, PIPER JAFFRAY & CO., RBC CAPITAL MARKETS, LLC, WELLS FARGO SECURITIES, LLC, RABO SECURITIES USA, INC., and SANTANDER INVESTMENT SECURITIES INC.,<br><br>                              Defendants. | Civil Action No. 2:11-cv-289-WKS |

**MOTION OF GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, plaintiff Genesee County Employees' Retirement System ("Genesee" or "Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order (i) appointing Genesee as Lead

1

Plaintiff, (ii) approving Movant's selection of the law firm of Faruqi & Faruqi, LLP (the "Faruqi Firm") as Lead Counsel; and (iii) approving Movant's selection of the law firm of Lisman Leckerling, P.C. as Liaison Counsel.

This motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Mary P. Kehoe filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Genesee respectfully requests the Court to: (i) appoint Genesee as Lead Plaintiff pursuant to the PSLRA; (ii) approve the Faruqi Firm as Lead Counsel for the Class; (iii) approve Lisman Leckerling P.C. as Liaison Counsel; and (iv) grant such other and further relief as the Court may deem just and proper.

## COMPLIANCE WITH LOCAL RULE 7(a)(7)

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movant has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with any opposing party concerning the requested relief as prescribed in Local Rule 7(a)(7), and respectfully requests that the pre-motion conference requirement of Local Rule 7(a)(7) be waived for this motion.

Dated: January 30, 2012

                                            Respectfully submitted,

                                            **LISMAN LECKERLING, P.C.**

                                            By: /s/ *Mary P. Kehoe*
                                                  Mary P. Kehoe

84 Pine Street
Burlington, Vermont 05401
802-864-5756

*Liaison Counsel for Genesee County Employees' Retirement System and Proposed Liaison Counsel for the Class*

**FARUQI & FARUQI, LLP**
Emily C. Komlossy
(*pro hac* application forthcoming)
3595 Sheridan Street, Suite 206
Hollywood, Florida 33021
Tel: 954-239-0280
Fax: 954-239-0281
  -and-
Richard W. Gonnello
(*pro hac* application forthcoming)
Francis P. McConville
(*pro hac* application forthcoming)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331

*Counsel for Genesee County Employees' Retirement System and Proposed Lead Counsel for the Class*

**VANOVERBEKE MICHAUD & TIMMONY, P.C.**
Michael J. VanOverbeke, Esq.
79 Alfred St.
Detroit, Michigan 48201
Tel: 313-578-1200
Fax: 313-578-1201

*Attorneys for Genesee County Employees' Retirement System*

3