# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, R. Randall Roche, on behalf of Louisiana Municipal Police Employees' Retirement System ("LAMPERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the General Counsel of LAMPERS. I reviewed the complaint filed in this matter. LAMPERS authorized the filing of the complaint in this matter and has authorized the filing of this motion for appointment as lead plaintiff.

2. LAMPERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. LAMPERS is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. LA MPERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. LAMPERS' transactions in the Green Mountain Coffee Roasters, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. LAMPERS served as representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Louisiana Municipal Police Employees' Retirement System v. KPMG, LLP et al.,* Case No. 10-cv-1461 (N.D. Ohio)
*Louisiana Municipal Police Employees' Retirement System v. Green Mountain Coffee Roasters, Inc. et al.,* Case No. 11-cv-289 (D. Vt.)
*Louisiana Municipal Police Employees' Retirement System v. The Bank of New York Mellon Corporation et al.,* Case No. 11-cv-9175 (S.D.N.Y.)

6. LAMPERS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

*In re Royal Bank of Scotland Group PLC Securities Litigation,*
Case No. 09-cv-300 (S.D.N.Y.)
*City of Roseville Employees' Retirement System v. Textron, Inc. et al.,*
Case No. 09-cv-367 (D.R.I.)
*Kyung Cho et al. v. UCBH Holdings, Inc. et al.,* Case No. 09-cv-4208 (N.D. Cal.)
*City of Brockton Retirement System v. Avon Products, Inc. et al.,*
Case No. 11-cv-4665 (S.D.N.Y.)

7. LAMPERS will not accept any payment for serving as a representative party on behalf of the Class beyond LAMPERS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of January, 2012.

R. Randall Roche
General Counsel
*Louisiana Municipal Police Employees'*
*Retirement System*

**Louisiana Municipal Police Employees' Retirement System**
**Transactions in Green Mountain Coffee Roasters, Inc. (GMCR)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 09/23/2011 | 700 | 104.3647 |
| Purchase | 10/03/2011 | 1,000 | 88.9066 |
| Purchase | 10/20/2011 | 3,900 | 67.9144 |
| Purchase | 11/08/2011 | 3,300 | 70.6404 |
| Sale | 03/08/2011 | (100) | 41.4156 |

**CERTIFICATION OF RICHARD GRÖTTHEIM IN SUPPORT OF
SJUNDE AP-FONDEN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF ITS SELECTION OF COUNSEL**

Sjunde AP-Fonden ("AP7" or "Plaintiff"), declares, as to the claims asserted under the federal securities laws that:

1. AP7 did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. AP7 is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are Plaintiff's transactions in Green Mountain Coffee Roasters, Inc. (NASDAQ: GMCR) securities during the Class Period.

4. Plaintiff has full power and authority to bring suit to recover for its investment losses.

5. Plaintiff has fully reviewed the facts and allegations of the complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Richard Gröttheim, Chief Executive Officer, am authorized to make legal decisions on behalf of AP7.

7. AP7 intends to actively monitor and vigorously pursue these actions for the benefit of the Class.

8. AP7 will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. AP7 is currently serving as a representative party for a class action filed under the

federal securities laws during the three years prior to the date of this certification in *Monk v. Johnson & Johnson*, No. 10-4841 (D.N.J.).

10.    AP7 sought to serve (but was not appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp.*, No. 11-733 (S.D.N.Y.).

11.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___10___ day of January, 2012.

Sjunde AP-Fonden

By: _____
Richard Grötthein
Chief Executive Officer

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 5/25/2011 | 21,900 | $81.31 |
| Com Stk | Buy | 5/31/2011 | 9,800 | $82.39 |
| Com Stk | Buy | 5/31/2011 | 39,200 | $82.33 |
| Com Stk | Sell | 8/18/2011 | 4,200 | $87.68 |
| Com Stk | Sell | 8/30/2011 | 5,300 | $102.90 |

**CERTIFICATION OF JOHN LEROY BUCCI IN SUPPORT OF
THE BOARD OF TRUSTEES OF THE CITY OF FORT LAUDERDALE GENERAL
EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

The Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System ("Board" or "Plaintiff) on behalf of the City of Fort Lauderdale General Employees' Retirement System declares, as to the claims asserted under the federal securities laws that:

1.     I, John Leroy Bucci, Chairman of the Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System ("the Board"), has been authorized by the Board to sign this certification and to make legal decisions on its behalf related to this litigation..

2.     Neither the Board nor the City of Fort Lauderdale General Employees' Retirement System purchased the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Attached in Schedule A are Plaintiff's transactions in Green Mountain Coffee Roasters, Inc. (NASDAQ: GMCR) securities during the Class Period.

5.     Plaintiff has full power and authority to bring suit to recover for its investment losses.

6.     Plaintiff has fully reviewed the facts and allegations of the complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

7.     Plaintiff intends to actively monitor and vigorously pursue these actions for the benefit of the Class.

8.    Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9.    Plaintiff served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification in *Frederick v. Mechel OAO, et al.*, No. 09-3617 (S.D.N.Y.)

10.    Plaintiff has not otherwise sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this __27th__ day of January, 2012.

The Board of Trustees of the City of Fort Lauderdale
General Employees' Retirement System


By: _John LeRoy Bucci_
John Leroy Bucci
*Chairman*

2:11-cv-00289-wks    Document 8-4    Filed 01/30/12    Page 10 of 16

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 7/12/2011 | 10,400 | $90.47 |
| Com Stk | Sell | 9/27/2011 | 630 | $106.96 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Austin L. Nibbs, on behalf of the Employees' Retirement System of the Government of the Virgin Islands ("GERS"), hereby certify, as to the claims under the federal securities laws, that:

1.      I am the administrator of GERS and am authorized to provide this certification on its behalf. I have reviewed a complaint filed in this matter. GERS has authorized its counsel to file this motion for appointment as lead plaintiff on its behalf.

2.      GERS did not purchase Green Mountain Coffee Roasters, Inc. ("Green Mountain") securities that are the subject of this action at the direction of its counsel or in order to participate in any action arising under the federal securities laws.

3.      GERS is willing to serve as a lead plaintiff and representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary. GERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      GERS' transactions in the Green Mountain securities that are the subject of this action are set forth in the chart attached hereto.

5.      During the three years prior to the date of this certification, GERS has sought to serve as a representative party on behalf of a class in the following actions brought under the federal securities laws:

> *Dees v. The Colonial Bancgroup, Inc., et al.*, No. 2:09-cv-00104-MHT-WC (M.D. Ala.)
>
> *General Retirement System of the City of Detroit v. The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.*, No. 3:09-cv-01376-SI (N.D. Cal.)
>
> *City of Roseville Employees' Retirement System v. Textron Inc., et al.*, No. 09-cv-00367 (D. R.I.)
>
> *Yuen, et al., v. Transocean Ltd, et al.*, No. 2:10-cv-01467-SSV-SS (E.D. La.)

6.      During the three years prior to the date of this certification, GERS has been appointed as a representative party on behalf of a class in the following actions brought under the federal securities laws:

> *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.*, No. 1:09-cv-03901-JGK (S.D.N.Y.)
>
> *In re Anadarko Petroleum Corp. Sec. Litig.*, No. 1:10-cv-04905-PGG (S.D.N.Y.)
>
> *Local 703, I B of T Grocery & Food Employees Welfare Fund v. Regions Financial Corp., et al.*, No. 2:10-cv-2847 (N.D. Ala.)

7.      GERS will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January, 2012.


Austin L. Nibbs, Administrator
Employees' Retirement System of
    the Government of the Virgin Islands

2

## GREEN MOUNTAIN COFFEE ROASTERS, INC.

**Employees' Retirement System of the Government of the Virgin Islands**

### Transactions

| DATE | P/S | SHARES | PRICE/SH | AMOUNT |
|------|-----|--------|----------|--------|
| 05/25/2011 | P | 1.780 | $80.4015 | $143,115 |
| 05/25/2011 | P | 630 | 81.2836 | 51,209 |
| 05/26/2011 | P | 940 | 81.2802 | 76,403 |
| 05/26/2011 | P | 870 | 80.9170 | 70,398 |
| 05/26/2011 | P | 410 | 81.4550 | 33,397 |
| 06/14/2011 | P | 14,100 | 79.4614 | 1,120,406 |
| 07/12/2011 | S | 1,160 | 91.2499 | 105,850 |
| 08/04/2011 | S | 890 | 106.2787 | 94,588 |
| 10/03/2011 | P | 670 | 90.6738 | 60,751 |
| 10/12/2011 | P | 620 | 90.5787 | 56,159 |
| 11/03/2011 | S | 1,650 | 62.7561 | 103,548 |
| 11/03/2011 | S | 40 | 63.3455 | 2,534 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, S. Martin Millette, III, on behalf of the Mississippi Public Employees' Retirement System ("MPERS"), hereby certify, as to the claims under the federal securities laws, that:

1.     I am Executive Counsel in the Office of the Attorney General and litigation legal counsel to MPERS, and am authorized to provide this certification on its behalf. I have reviewed a complaint filed in this matter. MPERS has authorized its counsel to file this motion for appointment as lead plaintiff on its behalf.

2.     MPERS did not purchase Green Mountain Coffee Roasters, Inc. ("Green Mountain") securities that are the subject of this action at the direction of its counsel or in order to participate in any action arising under the federal securities laws.

3.     MPERS is willing to serve as a lead plaintiff and representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary. MPERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.     MPERS' transactions in the Green Mountain securities that are the subject of this action are set forth in the chart attached hereto.

5.     During the three years prior to the date of this certification, MPERS sought to serve as a representative party and has been appointed as a lead plaintiff on behalf of a class in the following actions brought under the federal securities laws:

*In re Satyam Computer Services Ltd.*, No. 1:2009-md-02027 (S.D.N.Y.)

*In re Royal Bank of Scotland Group plc Securities Litigation*, No. 1:09-cv-00300 (S.D.N.Y.)

*Public Employees' Retirement System of Mississippi v. Goldman Sachs Group, Inc., et al.*, No. 1:09-cv-1110 (S.D.N.Y)

*Hill v. State Street Corporation, et al.*, No. 1:09-cv-12146 (D. Mass.)

*Pension Trust Fund for Operating Engineers, et al. v. Structured Asset Mortgage Investments II, Inc., et al.*, No. 1:09-cv-06172 (S.D.N.Y.)

*Bach v. Amedisys, Inc.*, No. 3:10-cv-00395-BAJ-CN (M.D. La.)

6.     During the three years prior to the date of this certification, MPERS has sought to serve as a lead plaintiff on behalf of a class and a motion for appointment as lead plaintiff is currently pending in the following action brought under the federal securities laws:

*Salhuana v. Diamond Foods, Inc. et al.*, No. 3:11-cv-05386-WHA (N.D. Cal.)

7.    During the three years prior to the date of this certification, MPERS has sought to serve as a representative party and lead plaintiff on behalf of a class in the following actions brought under the federal securities laws, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*New Orleans Employees' Retirement System v. UBS AG, et al.*, No. 1:09-cv-00893 (S.D.N.Y.)

8.    During the three years prior to the date of this certification, MPERS has sought to serve as a representative party, by either filing a complaint or intervening as a representative plaintiff (but not seeking appointment as lead plaintiff), on behalf of a class in the following actions brought under the federal securities laws:

*Public Employees' Retirement System of Mississippi v. Merrill Lynch & Co., Inc., et al.*, No. 1:09-cv-1392 (S.D.N.Y.)

*Public Employees' Retirement System of Mississippi v. Moody's Investors Service, Inc., et al.*, No. 2:09-cv-03209 (E.D.N.Y.)

*Public Employees' Retirement System of Mississippi v. Morgan Stanley, et al.*, No. 1:09-cv-02137 (S.D.N.Y)

*General Retirement System of the City of Detroit v. The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.*, No. 3:09-cv-01376 (N.D. Cal.)

*In re IndyMac Mortgage-Backed Securities Litigation*, No. 1:09-cv-04583 (S.D.N.Y)

7.    MPERS will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January, 2012.

S. Martin Millette, III
Executive Counsel

2

## GREEN MOUNTAIN COFFEE ROASTERS, INC.

### Public Employees' Retirement System of Mississippi
#### Transactions

| DATE | P/S | SHARES | PRICE/SHARE | AMOUNT |
| --- | --- | --- | --- | --- |
| 11/4/2011 | P | 24,000 | $69.4153 | $1,665,967.20 |
| 11/4/2011 | P | 9,000 | $69.4153 | $ 624,737.70 |
| 11/7/2011 | P | 13,000 | $69.5709 | $ 904,421.70 |