# EXHIBIT C

2:11-cv-00289-wks    Document 8-5    Filed 01/30/12    Page 2 of 6

**Louisiana Municipal Police Employees' Retirement System**
**Losses in Green Mountain Coffee Roasters, Inc.**
Class Period: 2/2/11 - 11/9/11
Retained Shares valued at: $49.26

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 100 | | | Sale | 3/8/2011 | 100 | 41.4200 | $4,142.00 |
| | | | | | *Sales offsetting opening balance:* | | 100 | | $4,142.00 |
| Purchase | 9/23/2011 | 700 | 104.3600 | $73,052.00 | Retained | | 8,900 | 49.2573 | $438,389.97 |
| Purchase | 10/3/2011 | 1,000 | 88.9100 | $88,910.00 | | | | | |
| Purchase | 10/20/2011 | 3,900 | 67.9100 | $264,849.00 | | | | | |
| Purchase | 11/8/2011 | 3,300 | 70.6400 | $233,112.00 | | | | | |
| | | 8,900 | | $659,923.00 | | | 8,900 | | $438,389.97 |
| | | | | | | | *loss:* | | ($221,533.03) |

Page 3 of 6     Filed 01/30/12     Document 8-5     2:11-cv-00289-wks

**AP7**
**Losses in Green Mountain Coffee Roasters**
Class Period: 2/2/11 - 11/9/11
Retained Shares valued at:                     $49.26

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/25/2011 | 21,900 | 81.3121 | $1,780,734.99 | Sale | 8/18/2011 | 4,200 | 87.6758 | $368,238.42 |
| Purchase | 5/31/2011 | 9,800 | 82.3947 | $807,468.17 | Sale | 8/30/2011 | 5,300 | 102.9000 | $545,370.12 |
| Purchase | 5/31/2011 | 39,200 | 82.3277 | $3,227,245.84 | Retained | | 61,400 | $49.26 | $3,024,398.22 |
| | | 70,900 | | $5,815,449.00 | | | 70,900 | | $3,938,006.76 |

<em>loss:</em>     ($1,877,442.24)

2:11-cv-00289-wks    Document 8-5    Filed 01/30/12    Page 4 of 6

**City of Ft. Lauderdale**
**Losses in Green Mountain Coffee Roasters**
Class Period: 2/2/11 - 11/9/11
Retained Shares valued at:                $49.26

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/12/2011 | 10,400 | 90.4730 | $940,919.20 | Sale | 9/27/2011 | 630 | 106.9560 | $67,382.28 |
|  |  |  |  |  | Retained |  | 9,770 | $49.26 | $481,243.82 |
|  |  | 10,400 |  | $940,919.20 |  |  | 10,400 |  | $548,626.10 |
|  |  |  |  |  |  |  |  | *loss:* | ($392,293.10) |

2:11-cv-00289-wks    Document 8-5    Filed 01/30/12    Page 5 of 6

Employees' Retirement System of the Government of the Virgin Islands
**Losses in Green Mountain Coffee Roasters, Inc.**
Class Period: 2/2/11 - 11/9/11
Retained Shares valued at:                              $49.26

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/25/2011 | 630 | 81.2836 | $51,208.67 | Sale | 7/12/2011 | 1,160 | 91.2499 | $105,849.88 |
| Purchase | 5/25/2011 | 1,780 | 80.4015 | $143,114.67 | Sale | 8/4/2011 | 890 | $106.28 | $94,588.04 |
| Purchase | 5/26/2011 | 870 | 80.9170 | $70,397.79 | Sale | 11/3/2011 | 1,650 | $62.76 | $103,547.57 |
| Purchase | 5/26/2011 | 940 | 81.2802 | $76,403.39 | Sale | 11/3/2011 | 40 | $63.35 | $2,533.82 |
| Purchase | 5/26/2011 | 410 | 81.4550 | $33,396.55 | Sale | 11/17/2011 | 260 | $53.85 | $13,999.70 |
| Purchase | 6/14/2011 | 14,100 | 79.4614 | $1,120,405.74 | Sale | 11/17/2011 | 1,830 | $53.86 | $98,563.25 |
| Purchase | 10/3/2011 | 670 | 90.6738 | $60,751.45 | Sale | 11/17/2011 | 1,250 | $53.35 | $66,692.00 |
| Purchase | 10/12/2011 | 620 | 90.5787 | $56,158.79 | Retained | | 12,940 | $49.26 | $637,389.46 |
| | | 20,020 | | $1,611,837.05 | | | 20,020 | | $1,123,163.73 |
| | | | | | | | | loss: | ($488,673.32) |

2:11-cv-00289-wks    Document 8-5    Filed 01/30/12

**Public Employees' Retirement System of Mississippi**
**Losses in Green Mountain Coffee Roasters, Inc.**
Class Period: 2/2/11 - 11/9/11
Retained Shares valued at:                                    $49.26

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/4/2011 | 24,000 | 69.4153 | $1,665,967.20 | Sale | 12/9/2011 | 1,600 | 58.6934 | $93,909.44 |
| Purchase | 11/4/2011 | 9,000 | 69.4153 | $624,737.70 | Retained | | 44,400 | $49.26 | $2,187,024.12 |
| Purchase | 11/7/2011 | 13,000 | 69.5709 | $904,421.70 | | | | | |
| | | 46,000 | | $3,195,126.60 | | | 46,000 | | $2,280,933.56 |
| | | | | | | | | loss: | ($914,193.04) |