U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 FEB 10  AM 11: 29

BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:11-cv-00289-wks |
| Plaintiff, | |
| vs. | |
| GREEN MOUNTAIN COFFEE ROASTERS, INC., ROBERT P. STILLER, LAWRENCE J. BLANFORD, FRANCES G. RATHKE, BARBARA D. CARLINI, WILLIAM D. DAVIS, JULES A. DEL VECCHIO, MICHAEL J. MARDY, HINDA MILLER, DAVID E. MORAN, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., SUNTRUST ROBINSON HUMPHREY, INC., WILLIAM BLAIR & COMPANY, L.L.C., CANACCORD GENUITY INC., JANNEY MONTGOMERY SCOTT LLC, PIPER JAFFRAY & CO., RBC CAPITAL MARKETS, LLC, WELLS FARGO SECURITIES, LLC, RABO SECURITIES USA, INC., AND SANTANDER INVESTMENT SECURITIES INC. | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Robin A. Freeman, Jr., local counsel for Plaintiff Global Institutional Investors Group ("Plaintiff"), hereby move this Court pursuant to Local Rule 83.1(b) to admit *pro hac vice* Barbara A. Podell, of the law firm Berger & Montague, P.C., for the purposes of this case only. Ms. Podell's supporting affidavit accompanies this Motion. The grounds for this Motion are as follows:

1. I am an attorney at the law firm Lynn, Lynn & Blackman, P.C., 76 St. Paul Street, Suite 400, Burlington, Vermont 05401. I am a member in good standing of the bar of the State of Vermont and of this Court. I am counsel for Plaintiff in this matter and have entered my appearance.

2.      Ms. Podell is an attorney of the law firm Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103, telephone: (215) 875-3000, fax: (215) 875-4604, and email: bpodell@bm.net.

3.      Ms. Podell is a member of the bar of the Commonwealth of Pennsylvania and is admitted to practice in the United States District Court Eastern District of Pennsylvania, United State Court of Appeals for the First Circuit, United Courts of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit and United States Courts of Appeals for the Fourth Circuit. She is a member in good standing and eligible to practice in each of the courts in which she has been admitted and is not currently suspended or disbarred in any jurisdiction and is not the subject of any disciplinary proceedings. *See* attached Affidavit of Barbara A. Podell.

4.      Plaintiff seeks the admission of Ms. Podell for the purposes of participating in this action.

5.      Ms. Podell will remain at all times associated in this case with the undersigned counsel in accordance with Local Rule 83. 1(b)(4).

**MEMORANDUM OF LAW**

Pursuant to Local Rule 83.1(b), the Court has discretion to admit any member in good standing of a bar of another federal court, or of the highest court of any state, to practice in this Court with respect to a particular action. This Motion and Ms. Podell's Affidavit show that Ms. Podell meets the requirements of Local Rule 83.1(b)(2). Ms. Podell is associated with Berger & Montague, P.C. for all purposes recited in Local Rule 83.1 (b)(4). Plaintiff therefore requests that the Court grant this motion for *pro hac vice* admission.

Dated: February 10, 2012            By: _____
                                    Robin A. Freeman, Jr.
                                    LYNN, LYNN & BLACKMAN, P.C.
                                    76 St. Paul Street, Ste. 400
                                    Burlington, VT  05401
                                    Tel: (802) 860-1500
                                    Email: rfreeman@lynnlawvt.com