UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.*<br><br>Defendants. | Case No. 2:11-CV-00289-WKS |

**FOURTH AMENDED STIPULATED MOTION FOR FILING OF DEFENDANTS' RESPONSES TO THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Local Rule 7(a)(7), for the reasons recited below, the parties to the above-captioned actions jointly request that the Court order the schedule set forth below, and have stipulated to such schedule pursuant to Local Rule 7(a)(7):

WHEREAS, on November 29, 2011, plaintiff Louisiana Municipal Police Employees' Retirement System ("LAMPERS") filed a class action complaint, against Green Mountain Coffee Roasters, Inc., Lawrence J. Blanford, Frances G. Rathke, Robert P. Stiller, Barbara D. Carlini, William D. Davis, Jules A. del Vecchio, Hinda Miller, David E. Moran, Michael J. Mardy, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Canaccord Genuity Inc., Piper Jaffray & Co., Janney Montgomery Scott LLC, RBC Capital Markets, LLC, Rabo Securities USA, Inc., Santander Investment Securities Inc., SunTrust Robinson Humphrey, Inc., Wells Fargo Securities, LLC, and William Blair & Company, L.L.C. (collectively, "Defendants"), alleging violations of the Securities Exchange Act of 1934 and the Securities Act of 1933;

WHEREAS, on April 27, 2012, this Court appointed as lead plaintiffs LAMPERS, Sjunde AP-Fonden, the Board of Trustees of the City of Fort Lauderdale General Employees' Retirements System, Employees' Retirement System of the Government of the Virgin Islands, and Public Employees' Retirement System of Mississippi, and appointed as lead plaintiffs' counsel the firms of Kessler Topaz Meltzer & Check, LLP, Bernstein Litowitz Berger & Grossmann LLP, and Barrack, Rodos & Bacine;

WHEREAS, on July 31, 2012, the Court "So Ordered" a Stipulated Motion for Filing Of An Amended Complaint and Defendants' Responses Thereto filed jointly by the parties;

WHEREAS, on September 21, 2012, the Court "So Ordered" an Amended Stipulated Motion for Filing of an Amended Complaint and Defendants' Responses Thereto filed jointly by the parties;

WHEREAS, on October 23, 2012, the Court "So Ordered" a Second Amended Stipulated Motion for Filing of an Amended Complaint and Defendants' Responses Thereto filed jointly by the parties;

WHEREAS, on November 5, 2012, lead plaintiffs filed a corrected consolidated class action complaint against Green Mountain Coffee Roasters, Inc., Lawrence J. Blanford, and Frances G. Rathke, alleging violations of the Securities Exchange Act of 1934;

WHEREAS, on December 14, 2012, the Court "So Ordered" a Third Amended Stipulated Motion for Filing of Defendants' Responses to the Corrected Consolidated Class Action Complaint;

WHEREAS, scheduling conflicts have arisen unexpectedly and the parties have agreed to adjust the current briefing schedule;

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to this Court's approval, stipulate and agree to the following, and respectfully request the Court to grant the same:

1. Defendants shall move, answer or otherwise respond to the corrected consolidated class action complaint on or before March 1, 2013.

2. If Defendants move to dismiss the corrected consolidated class action complaint, lead plaintiffs shall file and serve their opposition on or before April 22, 2013.

3. If Defendants move to dismiss the corrected consolidated class action complaint and lead plaintiffs file an opposition to such a motion, Defendants shall file and serve their reply to any opposition made by lead plaintiffs on or before May 22, 2013.

4. This Stipulation is without prejudice to any and all rights or defenses that the parties have under law, including any and all jurisdictional defenses.

**IT IS SO STIPULATED:**

| | |
|---|---|
| *Counsel for Defendant Green Mountain Coffee Roasters, Inc.* | *Counsel for Lead Plaintiffs and the Class* |
| /s/ Matthew S. Borick | /s/ John C. Browne |
| Robert B. Luce | John Browne |
| Matthew S. Borick | Laura Gundersheim |
| DOWNS RACHLIN MARTIN PLLC | BERNSTEIN LITOWITZ BERGER |
| Courthouse Plaza | & GROSSMANN LLP |
| 199 Main Street | 1285 Avenue of the Americas, 38th Floor |
| P.O. Box 190 | New York, New York 10019 |
| Burlington, VT 05402-0190 | Telephone: (212) 554-1400 |
| Telephone: 802-863-2375 | Facsimile: (212) 554-1444 |
| Facsimile: 802-862-7512 | johnb@blbglaw.com |
| bluce@drm.com | laurag@blbglaw.com |
| mborick@drm.com | |
| | Michael K. Yarnoff |
| Randall W. Bodner | John A. Kehoe |
| R. Daniel O'Connor | John J. Gross |
| Anne Johnson Palmer | KESSLER TOPAZ MELTZER |
| Michael J. Vito | & CHECK, LLP |

ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7878
Facsimile: (617) 235-0569
randall.bodner@ropesgray.com
anne.johnsonpalmer@ropesgray.com
michael.vito@ropesgray.com

*Counsel for Defendants Lawrence J. Blanford and Frances G. Rathke*

/s/ Robert B. Hemley
Robert B. Hemley
Matthew B. Byrne
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
rhemley@gravelshea.com
mbyrne@gravelshea.com
Telephone: (802) 658-0220
Facsimile: (802) 658-1456

280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
myarnoff@ktmc.com
jkehoe@ktmc.com
jgross@ktmc.com

Daniel E. Bacine
Mark R. Rosen
Lisa M. Lamb
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
dbacine@barrack.com
mrosen@barrack.com
llamb@barrack.com

*Liaison Counsel*

/s/ Robin A. Freeman
Robin A. Freeman, Jr.
LYNN, LYNN & BLACKMAN, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
Telephone: (802) 860-1500
Facsimile: (802) 860-1580
rfreeman@lynnlawvt.com

Dated:   February 5, 2013

**IT IS SO ORDERED:**

_____
William K. Sessions, III
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 5, 2013, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF counsel:

    Karen McAndrew, Esq. kmcandrew@dinse.com, ppettine@dinse.com
    Robin A. Freeman, Esq. rfreeman@lynnlawvt.com, aspears@lynnlawvt.com
    Michael D. Blatchley, Esq. michaelb@blbglaw.com
    Mark R. Rosen, Esq. mrosen@barrack.com, rbranch@barrack.com
    Jaculin Aaron, Esq. jaaron@shearman.com
    Adam S. Hakki, Esq. ahakki@shearman.com
    Jeffrey J. Resetarits, Esq. jeffrey.resetarits@shearman.com
    Joshua E. D'Ancona, Esq. jdancona@ktmc.com
    Michael K. Yarnoff, Esq. myarnoff@ktmc.com
    John A. Kehoe, Esq. jkehoe@ktmc.com
    John J. Gross, Esq. jgross@ktmc.com, dpotts@ktmc.com
    John C. Browne, Esq. johnb@blbglaw.com
    Laura H. Gundersheim, Esq. laurag@blbglaw.com, errol@blbglaw.com, lawrence.silvertro@blbglaw.com
    Lisa M. Lamb, Esq. llamb@barrack.com, cbowers@barrack.com
    Jeffrey A. Barrack, Esq. jbarrack@barrack.com, mbonatara@barrack.com


                /s/ Matthew S. Borick
                Matthew S. Borick

13956640.1