UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, SJUNDE AP-FONDEN, BOARD OF TRUSTEES OF THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Docket No. 2:11-CV-00289 |
| GREEN MOUNTAIN COFFEE ROASTERS, INC., LAWRENCE J. BLANFORD, and FRANCES G. RATHKE, | ) ) ) ) | |
| Defendants | ) ) | <u>CLASS ACTION</u> |

CERTIFICATE OF SERVICE

     I, Matthew B. Byrne, Esq., attorney for Defendants Lawrence J. Blanford and Frances G. Rathke, certify that on March 1, 2013, I caused Lawrence J. Blanford's and Frances G. Rathke's Motion to Dismiss the Corrected Consolidated Class Action Complaint and supporting Memorandum to be served through the CM/ECF system on:

    Jeffrey A. Barrack, Esq., jbarrack@barrack.com
    John C. Browne, Esq., johnb@blbglaw.com
    Joshua E. D'Ancona, Esq., jdancona@ktmc.com
    Laura H. Gundersheim, Esq., laurag@blbglaw.com
    Lisa M. Lamb, Esq., llamb@barrack.com

Mark R. Rosen, Esq., mrosen@barrack.com
Michael D. Blatchley, Esq., michaelb@blbglaw.com
Michael K. Yarnoff, Esq., myarnoff@ktmc.com
Robin A. Freeman, Esq., rfreeman@lynnlawvt.com

And I also caused to be served, by U.S. Postal Service, the following non-NEF parties:

John J. Gross, Esq.
John A. Kehoe, Esq.
280 King of Prussia Road
Roadnow, PA  19087

Dated:      Burlington, Vermont
            March 1, 2013

*/s/ Robert B. Hemley*
Robert B. Hemley, Esq.
Matthew B. Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
mbyrne@gravelshea.com
For Defendants Robert P. Stiller, Lawrence J. Blanford, and Frances G. Rathke