## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, *et al.*, | ) ) ) | Case No. 2:11-CV-00289-WKS |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

### JOINT STIPULATED MOTION FOR EXTENSIONS OF PAGE LIMITATIONS

Pursuant to Local Rules 7(a)(4) and 7(a)(5), for the reasons recited below, the parties to the above-captioned action jointly request that the Court grant the requested page limit extensions set forth below, and have stipulated to such extensions pursuant to Local Rule 7(a)(7):

WHEREAS, on November 5, 2012, Lead Plaintiffs Louisiana Municipal Police Employees' Retirement System, Sjunde Ap-Fonden, Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of the Government of the Virgin Islands, and Public Employees' Retirement System of Mississippi filed a 67-page Corrected Consolidated Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint"), D.E. No. 71, which asserts claims for violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5 thereunder, and Section 20(a) of the Exchange Act, against corporate defendant Green Mountain Coffee Roasters, Inc. and against individual defendants Lawrence J. Blanford and Frances G. Rathke (collectively, "Defendants");

WHEREAS, Defendants intend to file motions to dismiss the Consolidated Complaint;

WHEREAS, good cause exists for the relief requested in this Motion because, based on the complexity of the legal issues presented by the Plaintiffs' claims at issue, particularly in light of the heightened pleading requirements for securities fraud actions imposed by, *inter alia*, the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(1), and Rule 9(b) of the Federal Rules of Civil Procedure, the parties reasonably believe that the page limitations stated in Local Rules 7(a)(4) and 7(a)(5) will not be sufficient to address all matters likely to be raised in the briefing on Defendants' motions to dismiss;

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to this Court's approval, stipulate and agree to the following relief, and respectfully request the Court to grant the same:

1.    Defendant Green Mountain Coffee Roasters, Inc. may file a 50-page memorandum in support of its motion to dismiss the Consolidated Complaint.

2.    Plaintiffs may file a 50-page memorandum in support of their opposition to Defendant' Green Mountain Coffee Roasters, Inc.'s motion to dismiss the Consolidated Complaint.

**IT IS SO STIPULATED:**

*Counsel for Defendant Green Mountain Coffee Roasters, Inc.*

/s/ Matthew S. Borick
Robert B. Luce
Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Facsimile: 802-862-7512
bluce@drm.com

*Co-Lead Counsel for Lead Plaintiffs*

/s/ John Browne
John Browne
Laura Gundersheim
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
laurag@blbglaw.com

mborick@drm.com

Randall W. Bodner
R. Daniel O'Connor
Anne Johnson Palmer
Michael J. Vito
(admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7878
Facsimile: (617) 235-0569
randall.bodner@ropesgray.com
daniel.oconnor@ropesgray.com
anne.johnsonpalmer@ropesgray.com
michael.vito@ropesgray.com

Michael K. Yarnoff
John J. Gross
KESSLER TOPAZ MELTZER
& CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
myarnoff@ktmc.com
jgross@ktmc.com

Daniel E. Bacine
Mark R. Rosen
Lisa M. Lamb
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
dbacine@barrack.com
mrosen@barrack.com
llamb@barrack.com

*Local Counsel or Lead Plaintiffs*

/s/ Robin A. Freeman, Jr.
Robin A. Freeman, Jr.
LYNN, LYNN & BLACKMAN, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
Telephone: (802) 860-1500
Facsimile: (802) 860-1580
rfreeman@lynnlawvt.com

Dated:  February 28, 2013

**IT IS SO ORDERED:  March 6, 2013**

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge