UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.*<br><br>Defendants. | Case No. 2:11-CV-00289-WKS |

## FURTHER AMENDED STIPULATED MOTION FOR FILING OF DEFENDANTS' RESPONSES TO THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Local Rule 7(a)(7), for the reasons recited below, the parties to the above-captioned actions jointly request that the Court order the schedule set forth below, and have stipulated to such schedule pursuant to Local Rule 7(a)(7):

WHEREAS, on November 29, 2011, plaintiff Louisiana Municipal Police Employees' Retirement System ("LAMPERS") filed a class action complaint, against Green Mountain Coffee Roasters, Inc., Lawrence J. Blanford, Frances G. Rathke, Robert P. Stiller, Barbara D. Carlini, William D. Davis, Jules A. del Vecchio, Hinda Miller, David E. Moran, Michael J. Mardy, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Canaccord Genuity Inc., Piper Jaffray & Co., Janney Montgomery Scott LLC, RBC Capital Markets, LLC, Rabo Securities USA, Inc., Santander Investment Securities Inc., SunTrust Robinson Humphrey, Inc., Wells Fargo Securities, LLC, and William Blair & Company, L.L.C. (collectively, "Defendants"), alleging violations of the Securities Exchange Act of 1934 and the Securities Act of 1933;

WHEREAS, on April 27, 2012, this Court appointed as lead plaintiffs LAMPERS, Sjunde AP-Fonden, the Board of Trustees of the City of Fort Lauderdale General Employees' Retirements System, Employees' Retirement System of the Government of the Virgin Islands, and Public Employees' Retirement System of Mississippi, and appointed as lead plaintiffs' counsel the firms of Kessler Topaz Meltzer & Check, LLP, Bernstein Litowitz Berger & Grossmann LLP, and Barrack, Rodos & Bacine;

WHEREAS, on July 31, 2012, the Court "So Ordered" a Stipulated Motion for Filing Of An Amended Complaint and Defendants' Responses Thereto filed jointly by the parties;

WHEREAS, on September 21, 2012, the Court "So Ordered" an Amended Stipulated Motion for Filing of an Amended Complaint and Defendants' Responses Thereto filed jointly by the parties;

WHEREAS, on October 23, 2012, the Court "So Ordered" a Second Amended Stipulated Motion for Filing of an Amended Complaint and Defendants' Responses Thereto filed jointly by the parties;

WHEREAS, on November 5, 2012, lead plaintiffs filed a corrected consolidated class action complaint against Green Mountain Coffee Roasters, Inc., Lawrence J. Blanford, and Frances G. Rathke, alleging violations of the Securities Exchange Act of 1934;

WHEREAS, on December 14, 2012, the Court "So Ordered" a Third Amended Stipulated Motion for Filing of Defendants' Responses to the Corrected Consolidated Class Action Complaint;

WHEREAS, on February 27, 2013, the Court "So Ordered" a Fourth Amended Stipulated Motion for Filing of Defendants' Responses to the Corrected Consolidated Class Action Complaint;

WHEREAS, on March 1, 2013, Defendants filed motions to dismiss per the established briefing schedules;

WHEREAS, on March 18, 2013, scheduling conflicts have arisen due to the recent adjustment of briefing deadlines in the action captioned *Fifield v. Green Mountain Coffee Roasters, Inc., et al.*, Civ. No. 2:12-cv-00091-wks, and Plaintiffs to this action have agreed to Defendants' request to modify the current briefing schedule to accommodate those adjustments;

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to this Court's approval, stipulate and agree to the following:

1. Lead plaintiffs shall file and serve their oppositions to Defendants' Motions to Dismiss on or before May 13, 2013.

2. Defendants shall file and serve their replies to any oppositions made by lead plaintiffs on or before June 12, 2013.

3. This Stipulation is without prejudice to any and all rights or defenses that the parties have under law, including any and all jurisdictional defenses.

**IT IS SO STIPULATED:**

| | |
|---|---|
| *Counsel for Defendant Green Mountain Coffee Roasters, Inc.* | *Counsel for Lead Plaintiffs and the Class* |
| /s/ Matthew S. Borick | /s/ John C. Browne |
| Robert B. Luce | John Browne |
| Matthew S. Borick | Laura Gundersheim |
| DOWNS RACHLIN MARTIN PLLC | BERNSTEIN LITOWITZ BERGER |
| Courthouse Plaza | & GROSSMANN LLP |
| 199 Main Street | 1285 Avenue of the Americas, 38th Floor |
| P.O. Box 190 | New York, New York 10019 |
| Burlington, VT 05402-0190 | Telephone: (212) 554-1400 |
| Telephone: 802-863-2375 | Facsimile: (212) 554-1444 |
| Facsimile: 802-862-7512 | johnb@blbglaw.com |
| bluce@drm.com | laurag@blbglaw.com |
| mborick@drm.com | |

-4-

Randall W. Bodner
R. Daniel O'Connor
Anne Johnson Palmer
(admitted *pro hac vice*)
Mark D. Vaughn
(*pro hac vice* admission pending)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7878
Facsimile: (617) 235-0569
randall.bodner@ropesgray.com
anne.johnsonpalmer@ropesgray.com
michael.vito@ropesgray.com

*Counsel for Defendants Lawrence J. Blanford and Frances G. Rathke*

/s/ Robert B. Hemley
Robert B. Hemley
Matthew B. Byrne
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
rhemley@gravelshea.com
mbyrne@gravelshea.com
Telephone: (802) 658-0220
Facsimile: (802) 658-1456

Michael K. Yarnoff
John J. Gross
KESSLER TOPAZ MELTZER
& CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
myarnoff@ktmc.com
jgross@ktmc.com

Daniel E. Bacine
Mark R. Rosen
Lisa M. Lamb
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
dbacine@barrack.com
mrosen@barrack.com
llamb@barrack.com

*Liaison Counsel*

/s/ Robin A. Freeman
Robin A. Freeman, Jr.
LYNN, LYNN & BLACKMAN, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
Telephone: (802) 860-1500
Facsimile: (802) 860-1580
rfreeman@lynnlawvt.com

Dated:   March 19, 2013

**IT IS SO ORDERED:**

/s/ William K. Sessions
William K. Sessions III
U.S. District Court Judge