UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, SJUNDE AP-FONDEN, BOARD OF TRUSTEES OF THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., LAWRENCE J. BLANFORD and FRANCES G. RATHKE<br><br>    Defendants. | No. 2:11-CV-00289-WKS<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

## <u>ORDER</u>

The Motion for Withdrawal of Attorney John J. Gross is hereby GRANTED. It is ORDERED that John J. Gross be permitted to withdraw his appearance as counsel in this matter for Plaintiffs and the proposed class.

                <u>/s/ William K. Sessions III</u>
                THE HONORABLE WILLIAM K. SESSIONS III
                UNITED STATES DISTRICT JUDGE

Date: <u>March 20, 2013</u>