UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| DAN M. HOROWITZ, Individually and on Behalf of All Others Similarly Situated, | ) No. 2:10-cv-00227-wks<br>) **(Consolidated)** |
| Plaintiff, | ) CLASS ACTION |
| vs. | ) |
| GREEN MOUNTAIN COFFEE ROASTERS, INC., et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Mike Shanley, Jerzy Warchol, Robert Nichols, Jennifer Nichols, and Loren Marc Schmerler, lead plaintiffs in the above-named case, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment entered on March 20, 2013, including the opinion and order granting with prejudice defendants' motion to dismiss plaintiff's Second Consolidated Amended Class Action Complaint.

DATED:  April 19, 2013  

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
ROBERT V. PRONGAY
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Co-Lead Counsel for Plaintiffs

WOODWARD & KELLEY, PLLC
PHILIP C. WOODWARD
1233 Shelburne Road, Suite D-3
South Burlington, VT 05403
Telephone:  802/652-9955
802/652-9922 (fax)

Liaison Counsel

- 2 -

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on April 19, 2013, I caused a true and correct copy of the attached:

NOTICE OF APPEAL

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

       */s/ David A. Rosenfeld*
       DAVID A. ROSENFELD