UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.* <br><br> Defendants. | Case No. 2:11-CV-00289-WKS |

**ORDER GRANTING ASSENTED-TO MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT AND FOR ENLARGEMENT OF PAGE LIMITS**

Having considered Lead Plaintiffs' Assented-to Motion for Leave to File Consolidated Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Corrected Consolidated Class Action Complaint and for Enlargement of Page Limits, it is hereby Ordered that the Motion is granted, and Lead Plaintiffs may file a consolidated memorandum of law in opposition to Defendants' Motions to Dismiss not to exceed seventy-five (75) pages in length.

Date: May 8, 2013
/s/ William K. Sessions III
THE HONORABLE WILLIAM K. SESSIONS, III
UNITED STATES DISTRICT JUDGE