UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.*<br><br>    Defendants. | Case No. 2:11-CV-00289-WKS |

### FURTHER AMENDED STIPULATED MOTION FOR FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTIONS TO DISMISS

Pursuant to Local Rule 7(a)(7), for the reasons recited below, the parties to the above-captioned actions jointly request that the Court order the schedule set forth below, and have stipulated to such schedule pursuant to Local Rule 7(a)(7). On March 1, 2013, Defendants filed motions to dismiss, and Plaintiffs' opposition is currently due on May 13, 2013 with Defendants' reply due on June 12, 2013. Due to scheduling conflicts, the parties have agreed to modify the current schedule as set forth below.

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to this Court's approval, stipulate and agree to the following:

1. Lead Plaintiffs shall file and serve their oppositions to Defendants' Motions to Dismiss on or before May 20, 2013;

2. Defendants shall file and serve their reply to any opposition(s) made by Lead Plaintiffs on or before June 26, 2013.

3.     This Stipulation is without prejudice to any and all rights or defenses that the parties have under law, including any and all jurisdictional defenses.

**IT IS SO STIPULATED:**

| | |
|---|---|
| *Counsel for Defendant Green Mountain Coffee Roasters, Inc.* | *Counsel for Lead Plaintiffs and the Class* |

/s/Robert B. Luce
Robert B. Luce
Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Facsimile: 802-862-7512
bluce@drm.com
mborick@drm.com

Randall W. Bodner
R. Daniel O'Connor
Anne Johnson Palmer
(admitted *pro hac vice*)
Mark D. Vaughn
(*pro hac vice* admission pending)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7878
Facsimile: (617) 235-0569
randall.bodner@ropesgray.com
anne.johnsonpalmer@ropesgray.com
michael.vito@ropesgray.com

*Counsel for Defendants Lawrence J. Blanford and Frances G. Rathke*

/s/Robert B. Hemley
Robert B. Hemley
Matthew B. Byrne
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P. O. Box 369

/s/John Browne
John Browne
Laura Gundersheim
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
laurag@blbglaw.com

Michael K. Yarnoff
John J. Gross
KESSLER TOPAZ MELTZER
& CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
myarnoff@ktmc.com
jgross@ktmc.com

Daniel E. Bacine
Mark R. Rosen
Lisa M. Lamb
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
dbacine@barrack.com
mrosen@barrack.com
llamb@barrack.com

-3-

Burlington, VT 05402-0369
rhemley@gravelshea.com
mbyrne@gravelshea.com
Telephone: (802) 658-0220
Facsimile: (802) 658-1456

*Liaison Counsel*

/s/Robin A. Freeman, Jr.
Robin A. Freeman, Jr.
LYNN, LYNN & BLACKMAN, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
Telephone: (802) 860-1500
Facsimile: (802) 860-1580
rfreeman@lynnlawvt.com

Dated:   May 9, 2013

**IT IS SO ORDERED:**


/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge