**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, *et al.*, | ) ) ) ) ) | Case No. 2:11-CV-00289-WKS |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.* | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF JOHN C. BROWNE IN SUPPORT OF LEAD PLAINTIFFS'**
**MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANTS' MOTIONS TO DISMISS**

I, John C. Browne, hereby declare:

1.      I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, co-Lead Counsel to Lead Plaintiffs in this action.  I have been admitted *pro hac vice* as co-Lead counsel for Lead Plaintiffs in this action.  I make this Declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a Form 4 filed with the Securities Exchange Commission ("SEC") by Robert P. Stiller on December 10, 2007.

3.      Attached hereto as Exhibit 2 are true and correct copies of Form 4s filed with the SEC by Stephen J. Sobol on March 20, 2009 and March 26, 2009.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a Form 4 filed with the SEC by Michelle Stacy on August 17, 2010.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a Form 8-K filed with the SEC on July 27, 2011.

Dated at New York, New York this 20th day of May, 2013

/s/John C. Browne
John C. Browne