UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.*<br><br>    Defendants. | Case No. 2:11-CV-00289-WKS |

**STIPULATED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Defendants Green Mountain Coffee Roasters, Inc. ("Green Mountain"), and Lawrence J. Blanford and Frances G. Rathke ("Individual Defendants") hereby move under Local Rule 7(a)(4) for leave to file reply memoranda in further support of their motions to dismiss the Consolidated Complaint for Violation of the Securities Laws filed by Lead Plaintiffs Louisiana Municipal Police Employees' Retirement System, Sjunde Ap-Fonden, Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of the Government of the Virgin Islands, and Public Employees' Retirement System of Mississippi (the "Consolidated Complaint") that exceed the limit of 10 pages.

Green Mountain seeks leave to file a reply memorandum in further support of its motion to dismiss of not more than 25 pages. Individual Defendants seek leave to file a reply memorandum in further support of their motion to dismiss of not more than 20 pages.

Defendants believe the length of their briefs is warranted given: (1) the complexity of the legal issues presented by the claims at issue, particularly in light of the heightened pleading requirements for securities fraud actions imposed by, *inter alia*, the Private Securities Litigation

Reform Act (the "PSLRA"), 15 U.S.C. § 78u-4(b)(1) and Rule 9(b) of the Federal Rules of Civil Procedure; (2) that Plaintiffs' Consolidated Complaint spans 66 pages; and (3) that Plaintiffs' memorandum in opposition to Defendants' motions to dismiss spans 62 pages.

Plaintiffs' counsel has indicated that Plaintiffs have no objection to Defendants' request. No prejudice will result to any party should the Court grant this motion.

For the reasons set forth above, Defendants respectfully request that the Court enter an Order: (a) granting Green Mountain leave to file a 25-page reply memorandum in further support of its motion to dismiss Plaintiffs' Consolidated Complaint; and (b) granting Individual Defendants leave to file a 20-page reply memorandum in further support of their motion to dismiss Plaintiffs' Consolidated Complaint.

Dated at Burlington, Vermont this 20th day of June, 2013

By: _____/s/ Matthew S. Borick_____
Robert B. Luce
Matthew S. Borick
DOWNS RACHLIN MARTIN PLLC
Courthouse Plaza
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Facsimile: 802-862-7512
bluce@drm.com

Randall W. Bodner *(admitted pro hac vice)*
R. Daniel O'Connor *(pro hac vice application pending)*
Anne Johnson Palmer *(admitted pro hac vice)*
Mark Vaughn *(admitted pro hac vice)*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000

Facsimile: 617-951-7050
randall.bodner@ropesgray.com
daniel.oconnor@ropesgray.com
anne.johnsonpalmer@ropesgray.com
mark.vaughn@ropesgray.com

*Counsel for Green Mountain Coffee Roasters, Inc.*

     /s/ Matthew B. Byrne_____
Robert B. Hemley
Matthew B. Byrne
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
rhemley@gravelshea.com
mbyrne@gravelshea.com
Telephone: (802) 658-0220
Facsimile: (802) 658-1456

*Counsel for Defendants Lawrence J. Blanford and Frances G. Rathke*

## **LOCAL RULE 7(A)(7) CERTIFICATION**

    The undersigned certifies that counsel for Defendants made a good faith attempt to obtain the Plaintiffs' agreement to the relief requested in this Motion. As indicated in the Motion, Plaintiffs' counsel has indicated that they have no objections to Green Mountain's request.

     /s/ Matthew S. Borick_____
    Matthew S. Borick

**IT IS SO ORDERED:**

_____

William K. Sessions, III, U.S. District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF counsel:

Robert B. Hemley, Esq. rhemley@gravelshea.com, docketclerk@gravelshea.com
Karen McAndrew, Esq. kmcandrew@dinse.com, ppettine@dinse.com
William B. Skiff, II, bill@mcveighskiff.com, debbie@mcveighskiff.com
Robin A. Freeman, Esq. rfreeman@lynnlawvt.com, aspears@lynnlawvt.com
Michael D. Blatchley, Esq. michaelb@blbglaw.com
Sherri R. Savett, Esq. ssavett@bm.net
Barbara A. Podell, Esq. bpodell@bm.net
Phyllis M. Parker, Esq. pparker@bm.net, emagnus@bm.net
Deborah Clark-Weintraub, Esq. dweintraub@scott-scott.com
Mary K. Blasy, Esq. mblasy@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com
Mark R. Rosen, Esq. mrosen@barrack.com, rbranch@barrack.com
Jaculin Aaron, Esq. jaaron@shearman.com
Adam S. Hakki, Esq. ahakki@shearman.com
Jeffrey J. Resetarits, Esq. jeffrey.resetarits@shearman.com
Joshua E. D'Ancona, Esq. jdancona@ktmc.com
Michael K. Yarnoff, Esq. myarnoff@ktmc.com
John A. Kehoe, Esq. jkehoe@ktmc.com
John J. Gross, Esq. jgross@ktmc.com, dpotts@ktmc.com
John C. Browne, Esq. johnb@blbglaw.com
Laura H. Gundersheim, Esq. laurag@blbglaw.com, errol@blbglaw.com, lawrence.silvertro@blbglaw.com
Lisa M. Lamb, Esq. llamb@barrack.com, cbowers@barrack.com
Jeffrey A. Barrack, Esq. jbarrack@barrack.com, mbonatara@barrack.com
Matthew L. Mustokoff , Esq.

/s/ Matthew S. Borick
Matthew S. Borick

14299231.1