NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEE<br><br>v.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC | Case No: 2:11-cv-00289-wks |

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Tuesday, August 27, 2013, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a hearing on the Motion to Dismiss the Corrected Consolidated Class Action Complaint and the Motion to Dismiss for Failure to State a Claim.

| | |
|---|---|
| **Location: Courtroom 542** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 7/25/2013** | |
| | **By /s/Joanne A. Muir** |
| | **Deputy Clerk** |

**TO:**

| | |
|---|---|
| Jeffrey A. Barrack, Esq. | Anne J. Palmer, Esq. |
| John C. Browne, Esq. | Mark D. Vaughn, Esq. |
| John J. Gross, Esq. | Matthew S. Borick, Esq. |
| Joshua E. D'Ancona, Esq. | Michael J. Vito, Esq. |
| Laura H. Gundersheim, Esq. | R. Daniel O'Connor, Esq. |
| Lisa M. Lamb, Esq. | Randall W. Bodner, Esq. |
| Mark R. Rosen, Esq. | Robert B. Luce, Esq. |
| Matthew L. Mustokoff, Esq. | Matthew B. Byrne, Esq. |
| Michael D. Blatchley, Esq. | Robert B. Hemley, Esq. |
| Michael K. Yarnoff, Esq. | Adam S. Hakki, Esq. |
| Robin A. Freeman, Esq. | Jaculin Aaron, Esq. |
| | Jeffrey J. Resetarits, Esq. |
| **Anne Pierce, Court Reporter** | Karen McAndrew, Esq. |