# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, *et al.*, | ) ) ) ) | Case No. 2:11-CV-00289-WKS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

## DEFENDANT GREEN MOUNTAIN COFFEE ROASTERS, INC.'S MOTION FOR A CONTINUANCE OF THE AUGUST 27, 2013 ARGUMENT

Defendant Green Mountain Coffee Roasters ("Green Mountain" or the "Company") respectfully moves for a continuance of the August 27, 2013 argument scheduled on Defendants' motion to dismiss.

As grounds for this Motion, Green Mountain states that its counsel, Randall W. Bodner, is unable to argue the motion due to an accident involving his spouse that occurred on Saturday, August 24, 2013 and that resulted in her hospitalization. Mr. Bodner had prepared to argue the motion on behalf of the Company and, due to his role as lead counsel and his familiarity with this action and the related litigation filed before this Court, the Company respectfully requests that the argument be continued to the next date that is available on the Court's schedule and is suitable for all counsel. Plaintiffs do not oppose Green Mountain's request for a continuance.

WHEREFORE, for the reasons set forth in this motion, Green Mountain respectfully requests that this Court continue the August 27, 2013 argument.

Dated at Burlington, Vermont this 26th day of August, 2013.

**COUNSEL FOR DEFENDANT GREEN MOUNTAIN COFFEE ROASTERS, INC.**

Randall W. Bodner
R. Daniel O'Connor
Anne Johnson Palmer
*(admitted pro hac vice)*
Mark D. Vaughn
*(pro hac vice admission pending)*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
randall.bodner@ropesgray.com
daniel.oconnor@ropesgray.com
anne.johnsonpalmer@ropesgray.com
mark.vaughn@ropesgray.com

By:  /s/ Matthew S. Borick
     Robert B. Luce
     Matthew S. Borick
     DOWNS RACHLIN MARTIN PLLC
     Courthouse Plaza
     199 Main Street
     P.O. Box 190
     Burlington, VT 05402-0190
     Telephone: 802-863-2375
     Facsimile: 802-862-7512
     bluce@drm.com
     mborick@drm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF counsel:

Karen McAndrew, Esq. kmcandrew@dinse.com, ppettine@dinse.com
Robin A. Freeman, Esq. rfreeman@lynnlawvt.com, aspears@lynnlawvt.com
Michael D. Blatchley, Esq. michaelb@blbglaw.com
Mark R. Rosen, Esq. mrosen@barrack.com, rbranch@barrack.com
Jaculin Aaron, Esq. jaaron@shearman.com
Adam S. Hakki, Esq. ahakki@shearman.com
Jeffrey J. Resetarits, Esq. jeffrey.resetarits@shearman.com
Joshua E. D'Ancona, Esq. jdancona@ktmc.com
Michael K. Yarnoff, Esq. myarnoff@ktmc.com
John A. Kehoe, Esq. jkehoe@ktmc.com
John J. Gross, Esq. jgross@ktmc.com, dpotts@ktmc.com
John C. Browne, Esq. johnb@blbglaw.com
Laura H. Gundersheim, Esq. laurag@blbglaw.com, errol@blbglaw.com, lawrence.silvertro@blbglaw.com
Lisa M. Lamb, Esq. llamb@barrack.com, cbowers@barrack.com
Jeffrey A. Barrack, Esq. jbarrack@barrack.com, mbonatara@barrack.com

/s/ Matthew S. Borick
Matthew S. Borick