# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**LOUISIANA MUNICIPAL POLICE EMPLOYEE**

v.

**GREEN MOUNTAIN COFFEE ROASTERS, INC**

Case No: 2:11-cv-00289-wks

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Thursday, December 12, 2013, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a hearing on the Motion to Dismiss the Corrected Consolidated Class Action Complaint and the Motion to Dismiss for Failure to State a Claim.

**Location: Courtroom 542**
**Date of Notice: 9/19/2013**

JEFFREY S. EATON, Clerk

By /s/Joanne A. Muir
**Deputy Clerk**

TO:

Jeffrey A. Barrack, Esq.
John C. Browne, Esq.
John J. Gross, Esq.
Joshua E. D'Ancona, Esq.
Laura H. Gundersheim, Esq.
Lisa M. Lamb, Esq.
Mark R. Rosen, Esq.
Matthew L. Mustokoff, Esq.
Michael D. Blatchley, Esq.
Michael K. Yarnoff, Esq.
Robin A. Freeman, Esq.

Anne Pierce, Court Reporter

Anne J. Palmer, Esq.
Mark D. Vaughn, Esq.
Matthew S. Borick, Esq.
Michael J. Vito, Esq.
R. Daniel O'Connor, Esq.
Randall W. Bodner, Esq.
Robert B. Luce, Esq.
Matthew B. Byrne, Esq.
Robert B. Hemley, Esq.
Adam S. Hakki, Esq.
Jaculin Aaron, Esq.
Jeffrey J. Resetarits, Esq.
Karen McAndrew, Esq.