NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

LOUISIANA MUNICIPAL POLICE
EMPLOYEES' RETIREMENT
SYSTEM et al

Case No: 2:11-cv-00289-wks

v.

GREEN MOUNTAIN COFFEE
ROASTERS, INC et al

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Thursday, December 12, 2013, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for a hearing on the Motion to Dismiss the Corrected Consolidated Class Action Complaint and the Motion to Dismiss for Failure to State a Claim.

Location: Courtroom 542  JEFFREY S. EATON, Clerk
Date of Notice: 9/19/2013

By /s/Joanne A. Muir
Deputy Clerk

TO:

Jeffrey A. Barrack, Esq.
John C. Browne, Esq.
John J. Gross, Esq.
Joshua E. D'Ancona, Esq.
Laura H. Gundersheim, Esq.
Lisa M. Lamb, Esq.
Mark R. Rosen, Esq.
Matthew L. Mustokoff, Esq.
Michael D. Blatchley, Esq.
Michael K. Yarnoff, Esq.
Robin A. Freeman, Esq.

Anne J. Palmer, Esq.
Mark D. Vaughn, Esq.
Matthew S. Borick, Esq.
Michael J. Vito, Esq.
R. Daniel O'Connor, Esq.
Randall W. Bodner, Esq.
Robert B. Luce, Esq.
Matthew B. Byrne, Esq.
Robert B. Hemley, Esq.
Adam S. Hakki, Esq.
Jaculin Aaron, Esq.
Jeffrey J. Resetarits, Esq.
Karen McAndrew, Esq.

Anne Pierce, Court Reporter