UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, SJUNDE AP-FONDEN, BOARD OF TRUSTEES OF THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GREEN MOUNTAIN COFFEE ROASTERS, INC., LAWRENCE J. BLANFORD and FRANCES G. RATHKE

Defendants.

No. 2:11-CV-00289-WKS

CLASS ACTION

## NOTICE OF APPEAL

The Court appointed Co-Lead Plaintiffs, Louisiana Municipal Police Employees' Retirement System, Sjunde AP-Fonden, Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of the Government of the Virgin Islands, and Public Employees' Retirement System of Mississippi, individually and on behalf of all others similarly situated, hereby give notice that they appeal to the United States Court of Appeals for the Second Circuit from the District Court's Order of December 20, 2013 granting the defendants' motions to dismiss the corrected consolidated complaint [Docket No. 113] and the District Court's December 20, 2013 judgment in this action [Docket No. 114].

Dated: January 21, 2014

Respectfully submitted,

*[signature]*

**LYNN, LYNN & BLACKMAN, P.C.**
Pietro J. Lynn, Esq.
76 St. Paul Street, Suite 400
Burlington, VT 05401
Telephone: (802) 860-1500
Facsimile: (802) 860-1580

*Liaison Counsel*

**BARRACK, RODOS & BACINE**
Mark R. Rosen, Esq.
Jeffrey A. Barrack, Esq.
Lisa M. Lamb, Esq.
3300 Two Commerce Square
2001 Market Street
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

**KESSLER TOPAZ MELTZER
& CHECK, LLP**
Michael K. Yarnoff, Esq.
Josh D'Ancona, Esq.
Matthew Mustokoff, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
John C. Browne, Esq.
Laura Posner, Esq.
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Lead Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, SJUNDE AP-FONDEN, BOARD OF TRUSTEES OF THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GREEN MOUNTAIN COFFEE ROASTERS, INC., LAWRENCE J. BLANFORD and FRANCES G. RATHKE <br><br> Defendants. | No. 2:11-CV-00289-WKS <br><br> CLASS ACTION |

## CERTIFICATE OF SERVICE

I, Pietro J. Lynn, Esq., hereby certify that on this date, I filed with the Clerk of Court, by hand delivery, the following document:

*Notice of Appeal*

And I also caused to be served, by U.S. Postal Service the following parties:

Robert B. Luce, Esq.
Matthew S. Borick, Esq.
Downs Rachlin Martin, PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

William B. Skiff, II, Esq.
McVeigh Skiff, LLP
PO Box 1112
30 Elmwood Avenue
Burlington, VT 05402-1112

Karen McAndrew, Esq.
Dinse, Knapp & McAndrew, P.C.
PO Box 988
209 Battery Street
Burlington, VT 05402-0988

Robert B. Hemley, Esq.
Matthew B. Byrne, Esq.
Gravel & Shea
PO Box 369
Burlington, VT 05402-0369

Jaculin Aaron, Esq.
Adam S. Hakki, Esq.
Jeffrey J. Resetarits, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Anne J. Palmer, Esq.
Mark D. Vaughn, Esq.
Michael J. Vito, Esq.
R. Daniel O'Connor, Esq.
Randall W. Bodner, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Sherri R. Savett, Esq.
Barbara A. Podell, Esq.
Phyllis M. Parker, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Deborah Clark-Weintraub, Esq.
Scott & Scott LLP
The Chrysler Building
405 Lexington Ave., 49th Floor
New York, NY 10174-4099

Dated: January 21, 2014

Respectfully submitted,

LYNN, LYNN & BLACKMAN, P.C.
Pietro J. Lynn, Esq.
76 St. Paul Street, Suite 400
Burlington, VT 05401
Telephone: (802) 860-1500
Facsimile: (802) 860-1580

*Liaison Counsel*

**BARRACK, RODOS & BACINE**
Mark R. Rosen, Esq.
Jeffrey A. Barrack, Esq.
Lisa M. Lamb, Esq.
3300 Two Commerce Square
2001 Market Street
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

**KESSLER TOPAZ MELTZER
   & CHECK, LLP**
Michael K. Yarnoff, Esq.
Josh D'Ancona, Esq.
Matthew Mustokoff, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
John C. Browne, Esq.
Laura Posner, Esq.
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Lead Plaintiffs and the Proposed Class*