UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE ) | |
| EMPLOYEES' RETIREMENT SYSTEM, ) | Circuit No. 14-199 |
| SJUNDE AP-FONDEN, BOARD OF TRUSTEES ) | |
| OF THE CITY OF FORT LAUDERDALE ) | District No. 2:11-cv-289 |
| GENERAL EPLOYEES' RETIREMENT ) | |
| SYSTEM, EMPLOYEES' RETIREMENT ) | |
| SYSTEM OF THE GOVERNMENT OF THE ) | |
| VIRGIN ISLANDS, AND PUBLIC EMPLOYEES' ) | |
| RETIREMENT SYSTEM OF MISSISSIPPI ) | |
| on behalf of themselves and all others similarly ) | |
| situated, ) | |
|    Plaintiffs/Appellants, ) | |
| ) | |
|    vs. ) | |
| ) | |
| GREEN MOUNTAIN COFFEE ROASTERS, ) | |
| INC., LAWRENCE J. BLANFORD and ) | |
| FRANCES G. RATHKE, ) | |
|    Defendants/Appellees. ) | |

AMENDED INDEX

   A.       Certified copy of docket entries.

   1 - 117.   District Court Electronic Documents.
                All filed documents are accessible through CM/ECF.

   B.       Clerk's Certification.

APPEAL,ENE4

# U.S. District Court
## District of Vermont (Burlington)
### CIVIL DOCKET FOR CASE #: 2:11−cv−00289−wks

| | |
|---|---|
| Louisiana Municipal Police Employees' Retirement System v. Green Mountain Coffee Roasters, Inc. et al<br>Assigned to: Judge William K. Sessions III<br> related Case:  2:10−cv−00227−wks<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 11/29/2011<br>Date Terminated: 12/20/2013<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: Federal Question |

**Plaintiff**

**Louisiana Municipal Police Employees' Retirement System**
*LEAD PLAINTIFF, on behalf of itself and all others similarly situated*

represented by **Jeffrey A. Barrack , Esq.**
Barrack, Rodos &Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963−0600
Email: jbarrack@barrack.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John C. Browne , Esq.**
Bernstein Litowitz Berger &Grossman LLP
1285 Avenue of Americas, Floor 38
New York, NY 10019
(212) 554−1400
Fax: (212) 554−1444
Email: johnb@blbglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Gross , Esq.**
Kessler Topaz Meltzer &Check, LLP
280 King of Prussia Road
Radnow, PA 19087
(610) 667−7706
Fax: (610) 667−7056
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua E. D'Ancona , Esq.**
Kessler Topaz Meltzer &Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667−7706
Fax: (610) 667−7056
Email: jdancona@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura H. Gundersheim , Esq.**
Bernstein Litowitz Berger &Grossman LLP
1285 Avenue of Americas, Floor 38
New York, NY 10019
(212) 554−1463
Fax: (212) 554−1444
Email: laurag@blbglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa M. Lamb , Esq.**
Barrack, Rodos &Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963–0600
Email: llamb@barrack.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark R. Rosen , Esq.**
Barrack, Rodos &Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963–0300
Fax: (215) 963–0838
Email: mrosen@barrack.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew L. Mustokoff , Esq.**
Kessler Topaz Meltzer &Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667–7706
Fax: (610) 667–7056
Email: mmustokoff@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael D. Blatchley , Esq.**
Bernstein Litowitz Berger &Grossman LLP
1285 Avenue of Americas, Floor 38
New York, NY 10019
(212) 554–1400
Fax: (212) 554–1444
Email: michaelb@blbglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael K. Yarnoff , Esq.**
Kessler Topaz Meltzer &Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667–7706
Fax: (610) 667–7056
Email: myarnoff@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin A. Freeman , Esq.**
Lynn, Lynn &Blackman, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401
(802) 860–1500
Fax: (802) 860–1580
Email: rfreeman@lynnlawvt.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | |
|---|---|
| **Employees' Retirement System of Government of the Virgin Islands**<br>*LEAD PLAINTIFF, on behalf of themselves and all others similarly situated* | **Jeffrey A. Barrack , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**John C. Browne , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**John J. Gross , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura H. Gundersheim , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark R. Rosen , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew L. Mustokoff , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael K. Yarnoff , Esq.**<br>Kessler Topaz Meltzer &Check, LLP<br>280 King of Prussia Road<br>Radnow, PA 19087<br>(610) 667–7706<br>Fax: (610) 667–7056<br>Email: myarnoff@ktmc.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robin A. Freeman , Esq.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Public Employee's Retirement System of Mississippi**<br>*LEAD PLAINTIFF, on behalf of themselves and all others similarly situated* | represented by | **Jeffrey A. Barrack , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**John C. Browne , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**John J. Gross , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura H. Gundersheim , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **Mark R. Rosen , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Matthew L. Mustokoff , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Michael K. Yarnoff , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Robin A. Freeman , Esq.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System**<br>*LEAD PLAINTIFF, on behalf of themselves and all others similarly situated* | represented by | **Jeffrey A. Barrack , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John C. Browne , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John J. Gross , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Laura H. Gundersheim , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark R. Rosen , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew L. Mustokoff , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael K. Yarnoff , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robin A. Freeman , Esq.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sjunde Ap–Fonden**<br>*LEAD PLAINTIFF, on behalf of themselves and all others similarly* | represented by | **Jeffrey A. Barrack , Esq.**<br>(See above for address)<br>*PRO HAC VICE* |

| | |
|---|---|
| *situated* | ATTORNEY TO BE NOTICED |
| | **John C. Browne , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | **John J. Gross , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | **Laura H. Gundersheim , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | **Mark R. Rosen , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | **Matthew L. Mustokoff , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | **Michael K. Yarnoff , Esq.**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | **Robin A. Freeman , Esq.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Green Mountain Coffee Roasters, Inc.** | represented by | **Anne J. Palmer , Esq.**<br>Ropes &Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199–3600<br>(617) 951–7344<br>Fax: (617) 235–9290<br>Email: anne.johnson@ropesgray.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark D. Vaughn , Esq.**<br>Ropes &Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199–3600<br>(617) 235–4863<br>Fax: (617) 235–9919<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew S. Borick , Esq.**<br>Downs Rachlin Martin PLLC<br>199 Main Street<br>P.O. Box 190 |

Burlington, VT 05402–0190  
(802) 863–2375  
Fax: (802) 862–7512  
Email: mborick@drm.com  
*ATTORNEY TO BE NOTICED*

**Michael J. Vito , Esq.**  
Ropes &Gray LLP  
Prudential Tower  
800 Boylston Street  
Boston, MA 02199–3600  
(617) 235–4771  
Fax: (617) 235–9614  
Email: michael.vito@ropesgray.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**R. Daniel O'Connor , Esq.**  
Ropes &Gray LLP  
Prudential Tower  
800 Boylston Street  
Boston, MA 02199–3600  
(617) 951–7260  
Fax: (617) 235–9610  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Randall W. Bodner , Esq.**  
Ropes &Gray LLP  
Prudential Tower  
800 Boylston Street  
Boston, MA 02199–3600  
(617) 951–7776  
Fax: (617) 235–0340  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Robert B. Luce**  
Downs Rachlin Martin PLLC  
199 Main Street  
P.O. Box 190  
Burlington, VT 05402–0190  
(802) 863–2375  
Fax: (802) 862–7512  
Email: bluce@drm.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lawrence J. Blanford**  represented by  **Matthew B. Byrne**  
Gravel &Shea PC  
76 St. Paul Street, 7th Floor  
P.O. Box 369  
Burlington, VT 05402–0369  
(802) 658–0220  
Email: mbyrne@gravelshea.com  
*ATTORNEY TO BE NOTICED*

**Robert B. Hemley**  
Gravel &Shea PC  
76 St. Paul Street, 7th Floor  
P.O. Box 369  
Burlington, VT 05402–0369  
(802) 658–0220  
Fax: (802) 648–1456

                Email: rhemley@gravelshea.com
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Frances G. Rathke**         represented by  **Matthew B. Byrne**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

                    **Robert B. Hemley**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2011 | 1 | CLASS ACTION COMPLAINT against Lawrence J. Blanford, Canaccord Genuity Inc., Barbara D. Carlini, William D. Davis, Jules A. Del Vecchio, Green Mountain Coffee Roasters, Inc., Janney Montgomery Scott LLC, Michael J. Mardy, Merrill Lynch, Pierce, Fenner &Smith Inc., Hinda Miller, David E. Moran, Piper Jaffray &Co., RBC Capital Markets, LLC, Rabo Securities USA, Inc., Frances G. Rathke, Santander Investment Securities Inc., Robert P. Stiller, Suntrust Robinson Humphrey, Inc., Wells Fargo Securities, LLC, William Blair &Company, L.L.C. filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Certification, # 2 Civil Cover Sheet)(law) (Entered: 11/30/2011) |
| 01/04/2012 | 2 | MOTION for Appearance Pro Hac Vice filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of Michael Blatchley, # 2 Exhibit A)(jlh) (Entered: 01/04/2012) |
| 01/05/2012 | 3 | ORDER granting 2 Motion for Admission of Michael D. Blatchley Pro Hac Vice. Signed by Judge William K. Sessions III on 01/05/12. (This is a text only Order.) (eae) (Entered: 01/05/2012) |
| 01/30/2012 | 4 | MOTION for Appointment of Lead Plaintiff, MOTION for Approval of Lead Plaintiff's Selection of Lead Counsel, MOTION for Consolidation filed by Steelworkers Pension Trust. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Phyllis M. Parker, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Text of Proposed Order, # 8 Certificate of Service)(law) (Entered: 01/30/2012) |
| 01/30/2012 | 5 | NOTICE OF APPEARANCE by Mary P. Kehoe on behalf of Genesee County Employees Retirement System.(Kehoe, Mary) (Entered: 01/30/2012) |
| 01/30/2012 | 6 | MOTION to Appoint Lead Plaintiff and MOTION to Appoint Lead Counsel filed by Midwest Retirement Funds. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Affidavit of William B. Skiff, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Certificate of Service)(Skiff, William). MOTION relief added on 1/31/2012 (jlh). (Entered: 01/30/2012) |
| 01/30/2012 | 7 | MOTION to Appoint Lead Counsel and MOTION for Appointment of Lead Plaintiff filed by Genesee County Employees Retirement System. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support, # 3 Declaration of Mary P. Kehoe, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Certificate of Service)(Kehoe, Mary). Motion relief added on 1/31/2012 (jlh). (Entered: 01/30/2012) |
| 01/30/2012 | 8 | MOTION to Appoint Counsel and MOTION for Appointment of Lead Plaintiff filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Robin Freeman, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Text of Proposed Order)(Freeman, Robin). Motion relief added on 1/31/2012 (jlh). (Entered: 01/30/2012) |
| 02/08/2012 | 9 | RESPONSE to 8 MOTION for Appointment of Lead Plaintiff, MOTION to Appoint Counsel, 4 MOTION for Appointment of Lead Plaintiff, MOTION for Approval of Lead Plaintiff's Selection of Lead Counsel, MOTION for |

| | | |
|---|---|---|
| | | Consolidation, 6 MOTION to Appoint Lead Plaintiff, MOTION to Appoint Lead Counsel filed by Genesee County Employees Retirement System. (Kehoe, Mary) (Entered: 02/08/2012) |
| 02/10/2012 | 10 | MOTION for Appearance Pro Hac Vice of Sherrie R. Savett filed by Global Institutional Investors Group. (Attachments: # 1 Affidavit of Sherrie R. Savett, # 2 Exhibit A, # 3 Certificate of Service)(law) (Entered: 02/10/2012) |
| 02/10/2012 | 11 | MOTION for Appearance Pro Hac Vice of Barbara A. Podell filed by Global Institutional Investors Group. (Attachments: # 1 Affidavit of Barbara A. Podell, # 2 Exhibit A)(law) (Entered: 02/10/2012) |
| 02/10/2012 | 12 | MOTION for Appearance Pro Hac Vice of Phyllis M. Parker filed by Global Institutional Investors Group. (Attachments: # 1 Affidavit of Phyllis M. Parker, # 2 Exhibit A)(law) (Entered: 02/10/2012) |
| 02/10/2012 | 13 | WITHDRAWAL of 4 MOTION for Appointment of Lead Plaintiff, MOTION for Approval of Lead Plaintiff's Selection of Lead Counsel, and MOTION for Consolidation by Steelworkers Pension Trust. (Attachments: # 1 Certificate of Service)(law) (Entered: 02/12/2012) |
| 02/13/2012 | 14 | MOTION for Appearance Pro Hac Vice of Deborah Clark−Weintraub filed by City of Omaha Police and Fire Retirement System, Local No. 8 IBEW Retirement Plan and Trust. (Attachments: # 1 Affidavit of Deborah Clark−Weintraub, # 2 Exhibit A, # 3 Certificate of Service)(jlh) (Entered: 02/15/2012) |
| 02/13/2012 | 15 | MOTION for Appearance Pro Hac Vice of Mary K. Blasy filed by City of Omaha Police and Fire Retirement System, Local No. 8 IBEW Retirement Plan and Trust. (Attachments: # 1 Affidavit of Mary K. Blasy, # 2 Exhibit A)(jlh) (Entered: 02/15/2012) |
| 02/16/2012 | 16 | RESPONSE in Support re 8 MOTION for Appointment of Lead Plaintiff MOTION to Appoint Counsel filed by Global Institutional Investors Group. (Blatchley, Michael) Text clarified on 2/17/2012 (jlh). (Entered: 02/16/2012) |
| 02/16/2012 | 17 | RESPONSE in Opposition re 8 MOTION for Appointment of Lead Plaintiff MOTION to Appoint Counsel filed by Midwest Retirement Funds. (Skiff, William) (Entered: 02/16/2012) |
| 02/16/2012 | 18 | SUPPLEMENTAL DECLARATION of William B. Skiff re: 17 Response in Opposition to Motion by Midwest Retirement Funds.. (Attachments: # 1 Exhibit F, # 2 Exhibit G – Part 1, # 3 Exhibit G – Part 2, # 4 Exhibit G – Part 3, # 5 Exhibit G – Part 4, # 6 Exhibit H, # 7 Exhibit I)(Skiff, William) Text clarified on 2/17/2012 (jlh). (Entered: 02/16/2012) |
| 02/21/2012 | 19 | ORDER granting 15 Motion for Admission of Mary K. Blasy Pro Hac Vice; granting 10 Motion for Admission of Sherrie R. Savett Pro Hac Vice; granting 11 Motion for Admission of Barbara A. Podell Pro Hac Vice; granting 12 Motion for Admission of Phyllis M. Parker Pro Hac Vice; granting 14 Motion for Admission of Deborah Clark−Weintraub Pro Hac Vice. Signed by Judge William K. Sessions III on 02/21/12. (This is a text only Order.) (eae) (Entered: 02/21/2012) |
| 03/05/2012 | 20 | REPLY to Response to 6 MOTION to Appoint Lead Plaintiff filed by Midwest Retirement Funds. (Blasy, Mary) Text clarified on 3/6/2012 (jlh). (Entered: 03/05/2012) |
| 03/05/2012 | 21 | REPLY to Response to 8 MOTION for Appointment of Lead Plaintiff filed by Global Institutional Investors Group. (Blatchley, Michael) Text clarified on 3/6/2012 (jlh). (Entered: 03/05/2012) |
| 03/05/2012 | 22 | DECLARATION of Michael D. Blatchley re: 8 MOTION for Appointment of Lead Counsel by Global Institutional Investors Group. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Blatchley, Michael) Link corrected on 3/6/2012 (jlh). (Entered: 03/05/2012) |
| 03/07/2012 | 23 | MOTION for Appearance Pro Hac Vice of Mark R. Rosen filed by Global Institutional Investors Group. (Attachments: # 1 Affidavit of Mark R. Rosen)(jlh) (Additional attachment(s) added on 3/8/2012: # 2 Exhibit A) (jlh). (Entered: |

| | | |
|---|---|---|
| | | 03/07/2012) |
| 03/08/2012 | 24 | NOTICE OF DOCKET ENTRY CORRECTION re: 23 MOTION for Appearance Pro Hac Vice of filed by Global Institutional Investors Group. Exhibit A was not attached at the time of docketing. Exhibit A is now attached to 23 as well as this entry. (jlh) (Entered: 03/08/2012) |
| 03/08/2012 | 25 | ORDER granting 23 Motion for Admission of Mark R. Rosen Pro Hac Vice. Signed by Judge William K. Sessions III on 03/08/12. (This is a text only Order.) (eae) (Entered: 03/08/2012) |
| 03/09/2012 | 26 | MOTION to Strike 22 Declaration of Michael D. Blatchley, 21 Reply to Response to Motion and MOTION to Leave to File a Sur–reply to Other New Arguments re: 8 MOTION for Appointment of Lead Plaintiff filed by Midwest Retirement Funds. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Blasy, Mary). Added MOTION for Leave to File and Link added on 3/11/2012 (law). (Entered: 03/09/2012) |
| 03/16/2012 | 27 | RESPONSE in Opposition re 26 MOTION for Leave to File a Sur–Reply to Other New Arguments re: 8 MOTION for Appointment of Lead Plaintiff and MOTION to Strike 22 Declaration of Michael Blatchley, 21 Reply to Response to Motion re: 8 MOTION for Appointment of Lead Plaintiff filed by Global Institutional Investors Group. (Blatchley, Michael) Text clarified on 3/19/2012 (jlh). (Entered: 03/16/2012) |
| 03/16/2012 | 28 | DECLARATION of Michael Blatchley re: 27 Response in Opposition to 26 Motion for Leave to File a Sur–Reply to Other New Arguments re: 8 MOTION for Appointment of Lead Plaintiff and MOTION to Strike 22 Declaration of Michael Blatchley, 21 Reply to Response to Motion re: 8 MOTION for Appointment of Lead Plaintiff by Global Institutional Investors Group.. (Attachments: # 1 Exhibit A)(Blatchley, Michael) Text clarified, links added on 3/19/2012 (jlh). (Entered: 03/16/2012) |
| 03/20/2012 | 29 | REPLY to Response to 26 MOTION for Leave to File a Sur–Reply to Other New Arguments re: 8 MOTION for Appointment of Lead Plaintiff and MOTION to Strike 22 Declaration, 21 Reply to Response to Motion filed by Midwest Retirement Funds. (Blasy, Mary) Text clarified on 3/20/2012 (jlh). (Entered: 03/20/2012) |
| 04/27/2012 | 30 | MEMORANDUM OPINION AND ORDER denying as moot 26 Motion to Strike *22 Declaration of Michael D. Blatchley, 21 Reply to Response to Motion* and MOTION to Leave to File *a Sur–reply to Other New Arguments re: 8 MOTION for Appointment of Lead*; denying 6 and 7 Motions *to Appoint Lead Plaintiff* and MOTION *to Appoint Lead Counsel*; granting 8 Motion *to Appoint Lead Plaintiff* and MOTION *to Appoint Lead Counsel*. Global Institutional Investor Group is appointed as lead plaintiff. Law firms of Kessler Topaz Meltzer &Check, LLP, Bernstein Litowitz Berger &Grossman LLP, and Barrack, Rodos &Bacine are appointed as lead counsel. Signed by Judge William K. Sessions III on 4/27/2012. (law) (Entered: 04/27/2012) |
| 05/15/2012 | 31 | NOTICE OF APPEARANCE by Karen McAndrew on behalf of Canaccord Genuity Inc., Janney Montgomery Scott LLC, Merrill Lynch, Pierce, Fenner &Smith Inc., Piper Jaffray &Co., RBC Capital Markets, LLC, Rabo Securities USA, Inc., Santander Investment Securities Inc., Suntrust Robinson Humphrey, Inc., Wells Fargo Securities, LLC, William Blair &Company, L.L.C..(McAndrew, Karen) (Entered: 05/15/2012) |
| 05/16/2012 | 32 | MOTION for Appearance Pro Hac Vice of Jaculin Aaron filed by Canaccord Genuity Inc., Janney Montgomery Scott LLC, Merrill Lynch, Pierce, Fenner &Smith Inc., Piper Jaffray &Co., RBC Capital Markets, LLC, Rabo Securities USA, Inc., Santander Investment Securities Inc., Suntrust Robinson Humphrey, Inc., Wells Fargo Securities, LLC, William Blair &Company, L.L.C.. (Attachments: # 1 Affidavit of Jaculin Aaron, # 2 Certificate of Good Standing)(jlh) (Entered: 05/16/2012) |
| 05/16/2012 | 33 | MOTION for Appearance Pro Hac Vice of Adam S. Hakki filed by Canaccord Genuity Inc., Janney Montgomery Scott LLC, Merrill Lynch, Pierce, Fenner &Smith Inc., Piper Jaffray &Co., RBC Capital Markets, LLC, Rabo Securities |

| | | |
|---|---|---|
| | | USA, Inc., Santander Investment Securities Inc., Suntrust Robinson Humphrey, Inc., Wells Fargo Securities, LLC, William Blair &Company, L.L.C.. (Attachments: # 1 Affidavit of Adam S. Hakki, # 2 Certificate of Good Standing, # 3 Certificate of Service)(jlh) (Entered: 05/17/2012) |
| 05/16/2012 | 34 | MOTION for Appearance Pro Hac Vice of Jeffrey J. Resetarits filed by Canaccord Genuity Inc., Janney Montgomery Scott LLC, Merrill Lynch, Pierce, Fenner &Smith Inc., Piper Jaffray &Co., RBC Capital Markets, LLC, Rabo Securities USA, Inc., Santander Investment Securities Inc., Suntrust Robinson Humphrey, Inc., Wells Fargo Securities, LLC, William Blair &Company, L.L.C.. (Attachments: # 1 Affidavit of Jeffrey J. Resetarits, # 2 Certificate of Good Standing)(jlh) (Entered: 05/17/2012) |
| 05/17/2012 | 35 | ORDER granting 32 Motion for Admission of Jaculin Aaron Pro Hac Vice; granting 33 Motion for Admission of Adam S. Hakki Pro Hac Vice. Signed by Judge William K. Sessions III on 05/17/12. (This is a text only Order.) (eae) (Entered: 05/17/2012) |
| 05/17/2012 | 36 | ORDER granting 34 Motion for Admission of Jeffrey J. Resetarits Pro Hac Vice. Signed by Judge William K. Sessions III on 05/17/12. (This is a text only Order.) (eae) (Entered: 05/17/2012) |
| 07/11/2012 | 37 | STIPULATED MOTION to Amend 1 Complaint and STIPULATED MOTION for Extension of Time to File Answer re 1 Complaint filed by Green Mountain Coffee Roasters, Inc. (Borick, Matthew) (Entered: 07/11/2012) |
| 07/11/2012 | 38 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Merrill Lynch, Pierce, Fenner &Smith Inc.. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 39 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Suntrust Robinson Humphrey, Inc.. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 40 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by William Blair &Company, L.L.C.. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 41 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Canaccord Genuity Inc.. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 42 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Janney Montgomery Scott LLC. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 43 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Piper Jaffray &Co.. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 44 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by RBC Capital Markets, LLC. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 45 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Wells Fargo Securities, LLC. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 46 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Rabo Securities USA, Inc.. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/11/2012 | 47 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Santander Investment Securities Inc.. (McAndrew, Karen) (Entered: 07/11/2012) |
| 07/26/2012 | 48 | MOTION for Appearance Pro Hac Vice of Joshua E. D'Ancona filed by Global Institutional Investors Group, Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of Joshua E. D'Ancona, # 2 Certificate of Good Standing – PA, # 3 Certificate of Good Standing – NJ)(jlh) (Entered: 07/27/2012) |
| 07/26/2012 | 49 | MOTION for Appearance Pro Hac Vice of Michael K. Yarnoff filed by Global Institutional Investors Group, Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of Michael K. Yarnoff, # 2 Certificate of Good Standing – PA, # 3 Certificate of Good Standing – DE)(jlh) (Entered: 07/27/2012) |

| | | |
|---|---|---|
| 07/26/2012 | 50 | MOTION for Appearance Pro Hac Vice of John A. Kehoe filed by Global Institutional Investors Group, Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of John A. Kehoe, # 2 Certificate of Good Standing – PA, # 3 Certificate of Good Standing – NY)(jlh) (Entered: 07/27/2012) |
| 07/26/2012 | 51 | MOTION for Appearance Pro Hac Vice of John J. Gross filed by Global Institutional Investors Group, Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of John J. Gross, # 2 Certificate of Good Standing – PA)(jlh) (Entered: 07/27/2012) |
| 07/30/2012 | 52 | ORDER granting 48 Motion for Admission of Joshua E. D'Ancona Pro Hac Vice; granting 49 Motion for Admission of Michael K. Yarnoff Pro Hac Vice; granting 50 Motion for Admission of John A. Kehoe Pro Hac Vice; granting 51 Motion for Admission of John J. Gross Pro Hac Vice. Signed by Judge William K. Sessions III on 07/30/12. (This is a text only Order.) (eae) (Entered: 07/30/2012) |
| 07/31/2012 | 53 | ORDER granting 37 Stipulated Motion to Amend 1 Complaint and Stipulated Motion for Extension of Time to File Answer re 1 Complaint. Signed by Judge William K. Sessions III on 07/31/12. (This is a text only Order.) (eae) (Entered: 07/31/2012) |
| 08/07/2012 | 54 | MOTION for Appearance Pro Hac Vice of John C. Browne filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of John C. Browne, # 2 Exhibit A, # 3 Certificate of Service)(jlh) (Entered: 08/07/2012) |
| 08/07/2012 | 55 | MOTION for Appearance Pro Hac Vice of Laura Gundersheim filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of Laura Gundersheim, # 2 Exhibit A)(jlh) (Entered: 08/07/2012) |
| 08/08/2012 | 56 | ORDER granting 54 Motion for Admission Pro Hac Vice of John C. Browne; granting 55 Motion for Admission Pro Hac Vice of Laura Gundersheim. Signed by Judge William K. Sessions III on 08/08/12. (This is a text only Order.) (eae) (Entered: 08/08/2012) |
| 08/29/2012 | 57 | MOTION for Appearance Pro Hac Vice of Lisa M. Lamb filed by Global Institutional Investors Group, Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of Lisa M. Lamb, # 2 Exhibit A)(jlh) (Entered: 08/30/2012) |
| 08/31/2012 | 58 | ORDER granting 57 Motion for Admission Pro Hac Vice of Lisa M. Lamb. Signed by Judge William K. Sessions III on 08/31/12. (This is a text only Order.) (eae) (Entered: 08/31/2012) |
| 09/04/2012 | 59 | MOTION for Appearance Pro Hac Vice of Jeffrey A. Barrack filed by Global Institutional Investors Group, Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Affidavit of Jeffrey A. Barrack, # 2 Exhibit A)(jlh) (Entered: 09/04/2012) |
| 09/05/2012 | 60 | ORDER granting 59 Motion for Admission Pro Hac Vice of Jeffrey A. Barrack. Signed by Judge William K. Sessions III on 09/05/12. (This is a text only Order.) (eae) (Entered: 09/05/2012) |
| 09/19/2012 | 61 | AMENDED STIPULATED MOTION for Filing of An Amended Complaint filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Certificate of Service)(Freeman, Robin) Link added on 9/19/2012 (law). (Entered: 09/19/2012) |
| 09/21/2012 | 62 | ORDER granting 61 Amended Stipulated Motion for Filing of An Amended Complaint. Signed by Judge William K. Sessions III on 09/21/12. (This is a text only Order.) (eae) (Entered: 09/21/2012) |
| 10/18/2012 | 63 | SECOND AMENDED STIPULATED MOTION for Filing of an Amended Complaint and Defendants' Responses Thereto filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Certificate of Service)(Freeman, Robin) Text clarified on 10/19/2012 (law). (Entered: 10/18/2012) |

| | | |
|---|---|---|
| 10/23/2012 | 64 | ORDER granting 63 Second Amended Stipulated Motion to Amend Complaint. Signed by Judge William K. Sessions III on 10/23/12. (This is a text only Order.) (eae) (Entered: 10/23/2012) |
| 10/23/2012 | 65 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Green Mountain Coffee Roasters, Inc.. (Borick, Matthew) (Entered: 10/23/2012) |
| 10/25/2012 | 66 | MOTION for Appearance Pro Hac Vice of Michael J. Vito filed by Green Mountain Coffee Roasters, Inc. (Attachments: # 1 Affidavit of Michael J. Vito, # 2 Certificate of Good Standing)(jlh) (Entered: 10/26/2012) |
| 10/25/2012 | 67 | MOTION for Appearance Pro Hac Vice of Anne J. Palmer filed by Green Mountain Coffee Roasters, Inc. (Attachments: # 1 Affidavit of Anne J. Palmer, # 2 Certificate of Good Standing)(jlh) Text clarified on 10/29/2012 (jlh). (Entered: 10/26/2012) |
| 10/25/2012 | 68 | MOTION for Appearance Pro Hac Vice of Randall W. Bodner filed by Green Mountain Coffee Roasters, Inc. (Attachments: # 1 Affidavit of Randall W. Bodner, # 2 Certificate of Good Standing)(jlh) (Entered: 10/26/2012) |
| 10/29/2012 | 69 | ORDER granting 66 Motion for Admission Pro Hac Vice of Michael J. Vito; granting 67 Motion for Admission Pro Hac Vice of Anne Johnson Palmer; granting 68 Motion for Admission Pro Hac Vice of Randall W. Bodner. Signed by Judge William K. Sessions III on 10/29/12. (This is a text only Order.) (eae) (Entered: 10/29/2012) |
| 10/29/2012 | 70 | CONSOLIDATED CLASS ACTION COMPLAINT for Violation of the Federal Securities Laws against Lawrence J. Blanford, Green Mountain Coffee Roasters, Inc., Frances G. Rathke filed by Louisiana Municipal Police Employees' Retirement System, Employees' Retirement System of Government of the Virgin Islands, Public Employee's Retirement System of Mississippi, Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Sjunde Ap–Fonden. (Attachments: # 1 Certificate of Service)(law) (Entered: 10/29/2012) |
| 11/05/2012 | 71 | CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT for Violation of Federal Securities Laws against Lawrence J. Blanford, Green Mountain Coffee Roasters, Inc., Frances G. Rathke filed by Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of Government of the Virgin Islands, Louisiana Municipal Police Employees' Retirement System, Sjunde Ap–Fonden, Public Employee's Retirement System of Mississippi. (Attachments: # 1 Certificate of Service)(law) (Entered: 11/05/2012) |
| 12/14/2012 | 72 | THIRD AMENDED STIPULATED MOTION for Extension of Time to File Answer re 71 Class Action Complaint filed by Green Mountain Coffee Roasters, Inc., Lawrence J. Blanford, Frances G. Rathke.(Borick, Matthew) Filers added, text clarified on 12/15/2012 (law). (Entered: 12/14/2012) |
| 12/17/2012 | 73 | ORDER granting 72 Third Stipulated Motion for Extension of Time to Answer re 71 Complaint. Signed by Judge William K. Sessions III on 12/17/12. (This is a text only Order.) (eae) (Entered: 12/17/2012) |
| 01/28/2013 | 74 | MOTION for Appearance Pro Hac Vice of R. Daniel O'Connor filed by Green Mountain Coffee Roasters, Inc. (Attachments: # 1 Affidavit of R. Daniel O'Connor, # 2 Certificate of Good Standing)(jlh) Attachment name clarified on 1/29/2013 (jlh). (Entered: 01/28/2013) |
| 01/29/2013 | 75 | ORDER granting 74 Motion for Admission of R. Daniel O'Connor Pro Hac Vice. Signed by Judge William K. Sessions III on 01/29/13. (This is a text only Order.) (eae) (Entered: 01/29/2013) |
| 02/05/2013 | 76 | STIPULATED MOTION for Extension of Time to File Answer re 71 Corrected Consolidated Class Action Complaint filed by Green Mountain Coffee Roasters, Inc. (Borick, Matthew) Text clarified on 2/5/2013 (jlh). (Entered: 02/05/2013) |
| 02/06/2013 | 77 | STIPULATION AND ORDER granting 76 STIPULATED MOTION for Extension of Time to File Answer re 71 Corrected Consolidated Class Action Complaint. Answers due by 3/1/2013. Signed by Judge William K. Sessions III on |

| | | |
|---|---|---|
| | | 2/5/2013. (law) (Entered: 02/06/2013) |
| 02/28/2013 | 78 | JOINT STIPULATED MOTION for Leave to Exceed Page Limit *for Memoranda Regarding Motion to Dismiss* filed by Green Mountain Coffee Roasters, Inc., Louisiana Municipal Police Employees' Retirement System, Employees' Retirement System of Mississippi, Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Sjunde Ap–Fonden.(Borick, Matthew) Filers added on 2/28/2013 (law). (Entered: 02/28/2013) |
| 03/01/2013 | 79 | MOTION to Dismiss *the Corrected Consolidated Class Action Complaint* filed by Lawrence J. Blanford, Frances G. Rathke. (Attachments: #1 Memorandum in Support, #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6, #8 Exhibit 7, #9 Exhibit 8, #10 Exhibit 9, #11 Exhibit 10, #12 Exhibit 11, #13 Certificate of Service)(Hemley, Robert) (Attachment 13 replaced on 3/4/2013) (law). (Entered: 03/01/2013) |
| 03/01/2013 | 80 | MOTION to Dismiss for Failure to State a Claim filed by Green Mountain Coffee Roasters, Inc. (Attachments: #1 Memorandum in Support, #2 Attachment A, #3 Attachment B, #4 Declaration of Anne Johnson Palmer, #5 Exhibit 1, #6 Exhibit 2, #7 Exhibit 3, #8 Exhibit 4, #9 Exhibit 5, #10 Exhibit 6, #11 Exhibit 7, #12 Exhibit 8, #13 Exhibit 9, #14 Exhibit 10, #15 Exhibit 11, #16 Exhibit 12, #17 Exhibit 13, #18 Exhibit 14, #19 Exhibit 15, #20 Exhibit 16, #21 Exhibit 17, #22 Exhibit 18, #23 Exhibit 19, #24 Exhibit 20, #25 Exhibit 21, #26 Exhibit 22, #27 Exhibit 23, #28 Exhibit 24, #29 Exhibit 25, #30 Exhibit 26, #31 Exhibit 27 )(Borick, Matthew) Attachments descriptions clarified on 3/4/2013 (law). (Entered: 03/01/2013) |
| 03/04/2013 | 81 | NOTICE OF DOCKET ENTRY CORRECTION re: 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint* filed by Frances G. Rathke, Lawrence J. Blanford. The document image for the Certificate of Service has been replaced to correct the date of service. The correct document image is now attached to 79 and is also attached to this entry. (law) (Entered: 03/04/2013) |
| 03/06/2013 | 82 | ORDER granting 78 Joint Stipulated Motion to Exceed Page Limit *for Memoranda Regarding Motion to Dismiss*. Signed by Judge William K. Sessions III on 3/6/2013. (law) (Entered: 03/06/2013) |
| 03/14/2013 | 84 | MOTION for Appearance Pro Hac Vice of Matthew L. Mustokoff filed by Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of Government of the Virgin Islands, Louisiana Municipal Police Employees' Retirement System, Public Employee's Retirement System of Mississippi, Sjunde Ap–Fonden. (Attachments: #1 Affidavit of Matthew L. Mustokoff, #2 Certificate of Good Standing, #4 Certificate of Service)(jlh) (Attachment 3 removed on 3/18/2013) (jlh). (Entered: 03/18/2013) |
| 03/15/2013 | 83 | MOTION to Withdraw As Attorney re: Attorney John A. Kehoe, Esq filed by Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of Government of the Virgin Islands, Louisiana Municipal Police Employees' Retirement System, Public Employee's Retirement System of Mississippi, Sjunde Ap–Fonden. (Attachments: #1 Text of Proposed Order, #2 Certificate of Service)(law) (Entered: 03/15/2013) |
| 03/15/2013 | 89 | MOTION to Withdraw re: Attorney John J. Gross, Esq filed by Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of Government of the Virgin Islands, Louisiana Municipal Police Employees' Retirement System, Public Employee's Retirement System of Mississippi, Sjunde Ap–Fonden. (Attachments: #1 Text of Proposed Order, #2 Certificate of Service)(law) (Entered: 03/20/2013) |
| 03/18/2013 | 85 | ORDER granting 83 Motion to Withdraw as Attorney; granting 84 Motion for Admission of Matthew L. Mustokoff Pro Hac Vice. Signed by Judge William K. Sessions III on 03/18/13. (This is a text only Order.) (eae) (Entered: 03/18/2013) |
| 03/18/2013 | 86 | FURTHER AMENDED STIPULATED MOTION for Extension of Time to File Response/Reply as to 80 MOTION to Dismiss for Failure to State a Claim , 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint* filed by Green Mountain Coffee Roasters, Inc. (Borick, Matthew) Text clarified on |

| | | |
|---|---|---|
| | | 3/19/2013 (law). (Entered: 03/18/2013) |
| 03/19/2013 | 87 | NOTICE OF DOCKET ENTRY CORRECTION: The proposed order to 84 has been removed from the docket entry as it was a proposed order for another motion. (jlh) (Entered: 03/19/2013) |
| 03/19/2013 | 88 | STIPULATION AND ORDER granting 86 Further Amended Stipulation Motion for Extension of Time to File Response/Reply as to 80 MOTION to Dismiss for Failure to State a Claim , 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint*. Oppositions due by 5/13/2013 and replies due by 6/12/2013. Signed by Judge William K. Sessions III on 3/19/2013. (law) (Entered: 03/19/2013) |
| 03/20/2013 | 90 | ORDER granting 89 Motion to Withdraw as Attorney re: Attorney John J. Gross, Esq. Signed by Judge William K. Sessions III on 3/20/2013. (law) (Entered: 03/20/2013) |
| 04/01/2013 | 91 | MOTION for Appearance Pro Hac Vice of Mark D. Vaughn, Esq. filed by Green Mountain Coffee Roasters, Inc. (Attachments: # 1 Affidavit of Mark D. Vaughn, # 2 Certificate of Good Standing)(jlh) (Entered: 04/02/2013) |
| 04/03/2013 | 92 | ORDER granting 91 Motion for Admission of Mark D. Vaughn Pro Hac Vice. Signed by Judge William K. Sessions III on 04/03/13. (This is a text only Order.) (eae) (Entered: 04/03/2013) |
| 04/03/2013 | 93 | NOTICE OF APPEARANCE by Matthew B. Byrne on behalf of Lawrence J. Blanford, Frances G. Rathke (Attachments: # 1 Certificate of Service)(Byrne, Matthew) (Entered: 04/03/2013) |
| 04/19/2013 | 94 | COPY of Notice of Appeal, Document 94 in 2:10−cv−227 (jlh). (Entered: 04/19/2013) |
| 04/22/2013 | 95 | NOTICE OF DOCKET ENTRY REMOVAL: Document 94 has been removed from the docket. This case has been consolidated. All docket entries should be entered in LEAD CASE 2:10−cv−00227−wks ONLY. (jlh) (Entered: 04/22/2013) |
| 05/03/2013 | 96 | ASSENTED−TO MOTION for Leave to File Consolidated Memorandum of Law in Opposition to as to 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint*, 80 MOTION to Dismiss for Failure to State a Claim and MOTION for Leave to Exceed Page Limit filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Freeman, Robin) Text clarified, Added MOTION for Leave to Exceed Page Limit on 5/3/2013 (jlh) (Entered: 05/03/2013) |
| 05/07/2013 | 97 | FURTHER AMENDED STIPULATED MOTION for Extension of Time to File Response/Reply as to 80 MOTION to Dismiss for Failure to State a Claim , 79 MOTION to Dismiss the Corrected Consolidated Class Action Complaint filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Certificate of Service)(Freeman, Robin) Links added on 5/7/2013 (jlh). (Entered: 05/07/2013) |
| 05/08/2013 | 98 | ORDER granting 96 Assented−Motion for Leave to File Consolidated Memorandum of Law in Opposition *to 79 Motion to Dismiss the Corrected Consolidated Class Action Complaint, 80 Motion to Dismiss for Failure to State a Claim* and granted Motion for Leave to Exceed Page Limit. Signed by Judge William K. Sessions III on 5/8/2013. (law) (Entered: 05/08/2013) |
| 05/09/2013 | 99 | ENDORSED ORDER granting 97 Further Amended Stipulated Motion for Extension of Time to File Response/Reply re: 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint*, 80 MOTION to Dismiss for Failure to State a Claim . Responses due by 5/20/2013; replies due by 6/26/2013. Signed by Judge William K. Sessions III on 5/9/2013. (law) (Entered: 05/09/2013) |
| 05/20/2013 | 100 | RESPONSE in Opposition re 80 MOTION to Dismiss for Failure to State a Claim , 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint* filed by Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of Government of the Virgin Islands, Louisiana Municipal Police Employees' Retirement System, Public |

| | | |
|---|---|---|
| | | Employee's Retirement System of Mississippi, Sjunde Ap–Fonden. (Rosen, Mark) (Entered: 05/20/2013) |
| 05/20/2013 | 101 | DECLARATION of John C. Browne re: 80 MOTION to Dismiss for Failure to State a Claim , 79 MOTION to Dismiss the Corrected Consolidated Class Action Complaint by Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of Government of the Virgin Islands, Louisiana Municipal Police Employees' Retirement System, Public Employee's Retirement System of Mississippi, Sjunde Ap–Fonden.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit Certificate of service)(Rosen, Mark) Link corrected on 5/21/2013 (jlh) (Entered: 05/20/2013) |
| 06/20/2013 | 102 | STIPULATED MOTION for Leave to Exceed Page Limit for Reply Memoranda re 80 MOTION to Dismiss for Failure to State a Claim , 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint* filed by Green Mountain Coffee Roasters, Inc.(Borick, Matthew) Text clarified on 6/21/2013 (jlh). (Entered: 06/20/2013) |
| 06/21/2013 | 103 | ORDER granting 102 Stipulated Motion to Exceed Page Limit. Signed by Judge William K. Sessions III on 06/21/13. (This is a text only Order.) (eae) (Entered: 06/21/2013) |
| 06/26/2013 | 104 | REPLY to Response to 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint* filed by Lawrence J. Blanford, Frances G. Rathke. (Attachments: # 1 Certificate of Service)(Byrne, Matthew) Text clarified on 6/27/2013 (jlh). (Entered: 06/26/2013) |
| 06/26/2013 | 105 | REPLY to Response to 80 MOTION to Dismiss for Failure to State a Claim by Green Mountain Coffee Roasters, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Borick, Matthew) Text clarified on 6/27/2013 (jlh). (Entered: 06/26/2013) |
| 07/11/2013 | 106 | REQUEST for Oral Argument re: 80 MOTION to Dismiss for Failure to State a Claim , 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint* filed by Louisiana Municipal Police Employees' Retirement System. (Attachments: # 1 Certificate of Service)(Freeman, Robin) Event/text clarified on 7/12/2013 (jlh). (Entered: 07/11/2013) |
| 07/25/2013 | 107 | NOTICE of Hearing re: 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint*, 80 MOTION to Dismiss for Failure to State a Claim . Motion Hearing set for 8/27/2013 01:30 PM in Burlington Courtroom 542 before Judge William K. Sessions III.(jam) (Entered: 07/25/2013) |
| 08/26/2013 | 108 | CONSENTED–TO MOTION to Continue *Argument Scheduled August 27, 2013* filed by Green Mountain Coffee Roasters, Inc..(Borick, Matthew) (Entered: 08/26/2013) |
| 08/26/2013 | 109 | ORDER granting 108 Consented To Motion to Continue. Signed by Judge William K. Sessions III on 08/26/13. (This is a text only Order.) (eae) (Entered: 08/26/2013) |
| 09/19/2013 | 110 | NOTICE of Hearing re: 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint*, 80 MOTION to Dismiss for Failure to State a Claim . Motion Hearing set for 12/12/2013 01:30 PM in Burlington Courtroom 542 before Judge William K. Sessions III.(jam) (Main Document 110 replaced on 9/20/2013) (law). (Entered: 09/19/2013) |
| 09/20/2013 | 111 | NOTICE OF DOCKET ENTRY CORRECTION re: 110 Notice of Hearing on Motion. The document image has been replaced to complete the case caption. The corrected document is now attached to 110 and is also attached to this entry. (law) (Entered: 09/20/2013) |
| 12/12/2013 | 112 | MINUTE ENTRY for proceedings held before Judge William K. Sessions III: Motion Hearing held on 12/12/2013 re 80 MOTION to Dismiss for Failure to State a Claim filed by Green Mountain Coffee Roasters, Inc., 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint* filed by Frances G. Rathke, Lawrence J. Blanford. Mark Rosen, Esq., Pietro Lynn, Esq., Michael Yarnoff, Esq. &John Browne, Esq. present for pltfs; Randall Bodner, Esq., Anne Palmer, Esq., Mark Vaughn, Esq., Matthew Byrne, Esq., Robert Luce, Esq., &Matthew Borick, Esq. present for dfts. Statements by counsel. ORDERED: Motions Taken Under |

| | | |
|---|---|---|
| | | Advisement: 80 MOTION to Dismiss for Failure to State a Claim , 79 MOTION to Dismiss *the Corrected Consolidated Class Action Complaint*. (Court Reporter: A. Henry) (jam) (Entered: 12/13/2013) |
| 12/20/2013 | 113 | OPINION AND ORDER granting with prejudice 79 Motion to Dismiss the Corrected Consolidated Class Action Complaint and 80 Motion to Dismiss for Failure to State a Claim. Signed by Judge William K. Sessions III on 12/20/2013. (law) (Entered: 12/20/2013) |
| 12/20/2013 | 114 | JUDGMENT defendants Motions to Dismiss ( 79 , 80 ) are granted with prejudice because the Complaint fails to adequately identify a false statement, much less raise a cogent and compelling inference of scienter. This case is hereby DISMISSED. Signed by Deputy Clerk on 12/20/2013. (Attachments: # 1 Notice to Litigants (appeal period expires 1/21/2014)(law) (Entered: 12/20/2013) |
| 01/13/2014 | 115 | TRANSCRIPT of Motions to Dismiss Hearing held on 12/12/13 before Judge Sessions. Court Reporter/Transcriber Anne Henry, Telephone number 802–747–9193. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 2/6/2014. Redacted Transcript Deadline set for 2/18/2014. Release of Transcript Restriction set for 4/17/2014. (jam) (Entered: 01/13/2014) |
| 01/21/2014 | 116 | NOTICE OF APPEAL as to 113 Opinion and Order, 114 Judgment by Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of Government of the Virgin Islands, Louisiana Municipal Police Employees' Retirement System, Public Employee's Retirement System of Mississippi, Sjunde Ap–Fonden. Filing fee $ 505. Paid Receipt No. 4682010240. (gmg) (Entered: 01/21/2014) |
| 01/31/2014 | 117 | TRANSMITTED Index on Appeal Circuit No. 14–199 re: 116 Notice of Appeal. (gmg) (Entered: 01/31/2014) |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, SJUNDE AP-FONDEN, BOARD OF TRUSTEES OF THE CITY OF FORT LAUDERDALE GENERAL EPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI on behalf of themselves and all others similarly situated,<br>    Plaintiffs/Appellants,<br><br>         vs.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., LAWRENCE J. BLANFORD and FRANCES G. RATHKE,<br>    Defendants/Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Circuit No. 14-199<br><br>District No. 2:11-cv-289 |

    I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont, hereby certify that the foregoing copy of the relevant docket entries comprises the index of the original documents numbered from 1 to 117, constitutes the Amended Record on Appeal.

    In Testimony whereof, I have hereunto subscribed my name and affixed the Seal of the aforesaid Court at Burlington, Vermont, this 6th day of February, 2014.

JEFFREY S. EATON
Clerk of Court
By: /s/Gail Greenia
Deputy Clerk