MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand and fifteen.

Before:     Denny Chin,
               Susan L. Carney,
                   *Circuit Judge*s,
               Robert W. Sweet,
                   *District Judge.*[*]

---

Employees' Retirement System of Government of the Virgin Islands, LEAD PLAINTIFF, on behalf of itself and all others similarly situated, Louisiana Municipal Police Employees' Retirement System, LEAD PLAINTIFF, on behalf of itself and all others similarly situated, Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, LEAD PLAINTIFF, on behalf of itself and all others similarly situated, Public Employees' Retirement System of Mississippi, LEAD PLAINTIFF, on behalf of itself and all others similarly situated, Sjunde Ap-Fonden, LEAD PLAINTIFF, on behalf of itself and all others similarly situated,

    Plaintiffs - Appellants,

v.

Lawrence J. Blanford, Green Mountain Coffee Roasters, Inc., Frances G. Rathke,

    Defendants - Appellees,

Barbara D. Carlini, Robert P. Stiller, William D. Davis, Hinda Miller, Jules A. Del Vecchio, Michael J. Mardy, David E. Moran, Merrill Lynch, Pierce, Fenner & Smith Inc., SunTrust Robinson Humphrey, Inc., William Blair & Company, L.L.C., Canaccord Genuity Inc., Janney Montgomery Scott LLC, Wells Fargo Securities, LLC, Piper Jaffray & Co., Rabo Securities USA, Inc., RBC Capital Markets, LLC, Santander Investment Securities Inc.,

    Defendants.

**JUDGMENT**
Docket No. 14-199

---

The appeal in the above captioned case from a judgment of the United States District Court for the District of Vermont was argued on the district court's record and the parties' briefs.

---

[*] The Honorable Robert W. Sweet, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 08/18/2015

Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment of dismissal is VACATED and REMANDED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit