UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, SJUNDE AP-FONDEN, BOARD OF TRUSTEES OF THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., LAWRENCE J. BLANFORD and FRANCES G. RATHKE,<br><br>       Defendants. | No. 2:11-CV-00289-WKS |

## DECLARATION OF JOHN P. BUEKER

I, JOHN P. BUEKER, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am an attorney in the law firm of Ropes & Gray LLP, which represents Defendant Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., ("Green Mountain" or the "Company"), in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Green Mountain's Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.    Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Prof. Paul Gompers.

4.    Attached hereto as Exhibit B is a true and correct copy of the Expert Report of David I. Tabak, PhD.

5.    Attached hereto as Exhibit C is a true and correct copy of Green Mountain's SEC Form 8-K for FY 2012 Q1 at Ex. 99.1, dated February 1, 2012.

I declare under penalty of perjury that the foregoing is correct and true. Executed on May 1, 2017.

*/s/ John P. Bueker*
John P. Bueker