## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

LOUISIANA MUNICIPAL POLICE
EMPLOYEES' RETIREMENT SYSTEM,
SJUNDE AP-FONDEN, BOARD OF TRUSTEES OF
THE CITY OF FORT LAUDERDALE GENERAL          No. 2:11-CV-00289-WKS
EMPLOYEES' RETIREMENT SYSTEM,
EMPLOYEES' RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE VIRGIN
ISLANDS, AND PUBLIC EMPLOYEES'
RETIREMENT SYSTEM OF MISSISSIPPI
on behalf of themselves and all others similarly
situated,

                    Plaintiffs,

        v.

GREEN MOUNTAIN COFFEE ROASTERS,
INC., LAWRENCE J. BLANFORD and
FRANCES G. RATHKE,

                Defendants.

**NOTICE OF CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

TO:    All Counsel of Record

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this

Court's Order Preliminarily Approving Settlement and Providing for Notice entered July 6, 2018

(ECF No. 339), and upon (i) the Joint Declaration of Matthew L. Mustokoff, John C. Browne, and

Mark R. Rosen in Support of: (I) Class Representatives' Motion for Final Approval of Class Action

Settlement and Plan of Allocation; and (II) Class Counsel's Motion for an Award of Attorneys'

Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Class

Representatives' Motion for Final Approval of Class Action Settlement and Plan of Allocation;

and (iii) all other papers and proceedings herein, Class Representatives Louisiana Municipal Police Employees' Retirement System, Sjunde AP-Fonden, Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Employees' Retirement System of the Government of the Virgin Islands, and Public Employees' Retirement System of Mississippi (collectively, "Class Representatives"), on behalf of themselves and the certified Class, will and do hereby move this Court, before the Honorable William K. Sessions III, on October 22, 2018 at 10:00 a.m., in Courtroom 110 of the United States District Court for the District of Vermont, 11 Elmwood Avenue, Burlington, VT 05401, or at such other location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate.  A proposed Judgment and Order granting the requested relief will be submitted with Class Representatives' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.

Dated:  September 17, 2018

**KESSLER TOPAZ MELTZER**
**   & CHECK, LLP**

*/s/ Matthew L. Mustokoff*
Matthew L. Mustokoff
Kimberly A. Justice
Joshua D'Ancona
Joshua A. Materese
Nathan Hasiuk
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

**BERNSTEIN LITOWITZ**
**   BERGER & GROSSMANN LLP**
John C. Browne
Rebecca E. Boon

Julia K. Tebor
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444

**BARRACK, RODOS & BACINE**
Mark R. Rosen
Jeffrey A. Barrack
Lisa M. Port
3300 Two Commerce Square
2001 Market Street, Ste. 3300
Philadelphia, PA 19103
Telephone:  (215) 963-0600
Facsimile:  (215) 963-0838

*Attorneys for Class Representatives
and the Class*

**LYNN, LYNN, BLACKMAN
   & MANITSKY, P.C.**
Andrew D. Manitsky
76 St. Paul Street, Suite 400
Burlington, VT 05401
Telephone:  (802) 860-1500
Facsimile:  (802) 860-1580

*Liaison Counsel for Class Representatives
and the Class*