UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, SJUNDE AP-FONDEN, BOARD OF TRUSTEES OF THE CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, AND PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., LAWRENCE J. BLANFORD and FRANCES G. RATHKE,<br><br>Defendants. | No. 2:11-CV-00289-WKS |

**NOTICE OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Settlement and Providing for Notice entered July 6, 2018 (ECF No. 339), and upon (i) the Joint Declaration of Matthew L. Mustokoff, John C. Browne, and Mark R. Rosen in Support of: (I) Class Representatives' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of

Litigation Expenses; and (iii) all other papers and proceedings herein, Class Counsel will and do hereby move this Court, before the Honorable William K. Sessions III, on October 22, 2018 at 10:00 a.m., in Courtroom 110 of the United States District Court for the District of Vermont, 11 Elmwood Avenue, Burlington, VT 05401, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses. A proposed Order granting the requested relief will be submitted with Class Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated: September 17, 2018

KESSLER TOPAZ MELTZER
   & CHECK, LLP

/s/ Matthew L. Mustokoff
Matthew L. Mustokoff
Kimberly A. Justice
Joshua D'Ancona
Joshua A. Materese
Nathan Hasiuk
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

BERNSTEIN LITOWITZ
   BERGER & GROSSMANN LLP
John C. Browne
Rebecca E. Boon
Julia K. Tebor
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

BARRACK, RODOS & BACINE
Mark R. Rosen
Jeffrey A. Barrack
Lisa M. Port
3300 Two Commerce Square
2001 Market Street, Ste. 3300

Philadelphia, PA 19103
Telephone:  (215) 963-0600
Facsimile:  (215) 963-0838

*Attorneys for Class Representatives
and the Class*

**LYNN, LYNN, BLACKMAN
 & MANITSKY, P.C.**
Andrew D. Manitsky
76 St. Paul Street, Suite 400
Burlington, VT 05401
Telephone:  (802) 860-1500
Facsimile:  (802) 860-1580

*Liaison Counsel for Class Representatives
and the Class*